DANIEL G. BOGDEN
United States Attorney
GREG ADDINGTON
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (702) 784-5438

DAVID L. NEGRI
United States Department of Justice
Environment and Natural Resources Division
161 E. Mallard Dr. Suite A
Boise, Idaho 83706
Telephone: (208) 331-5943; Fax: (208) 387-0842

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| WALKER RIVER PAIUTE TRIBE, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| vs. ) | In Equity CV-N-125-ECR |
| ) | |
| WALKER RIVER IRRIGATION DISTRICT, ) | Subfile C-125-B |
| a corporation, et al., ) | |
| ) | |
| Defendants. ) | NOTICE OF APPEARANCE AND |
| ) | SUBSTITUTION OF COUNSEL |
| ) | |
| WALKER RIVER PAIUTE TRIBE, ) | |

Page 1

209.

|  |  |
|---|---|
| Counterclaimant, | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| WALKER RIVER IRRIGATION DISTRICT, | ) |
| Counterdefendant, | ) |
| STATE OF NEVADA, | ) |
| Counterdefendant-Intervenor. | ) |

PLEASE TAKE NOTICE of the entry of the undersigned as counsel for the United States of America in the above-entitled action. David L. Negri hereby substitutes his appearance for Hank Meshorer as counsel for the United States of America. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

DAVID L. NEGRI
United States Department of Justice
Environment and Natural Resources Division
161 E. Mallard Dr. Suite A
Boise, Idaho 83706
Telephone: (208) 331-5943; Fax: (208) 387-0842

Dated this 5th day of August, 2003.

                        Respectfully submitted,

                        DANIEL G. BOGDEN
                        United States Attorney
                        GREG ADDINGTON
                        Assistant United States Attorney
                        100 West Liberty Street, Suite 600
                        Reno, Nevada  89501
                        Telephone: (702) 784-5438


                        _/s/ David L. Negri_
                        DAVID L. NEGRI
                        United States Department of Justice
                        Environment and Natural Resources Division
                        161 E. Mallard Dr. Suite A
                        Boise, Idaho 83706
                        Telephone: (208) 331-5943; Fax: (208) 387-0842

## CERTIFICATE OF MAILING

I hereby certify that on this 5TH day of August, 2003, I served a true and correct copy of the foregoing "**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**" by first-class mail, postage prepaid, addressed to the following persons:

Greg Addington
Assistant U.S. Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

George N. Benesch
P.O. Box 3498
Reno, NV 89505-3498

Kenneth Spooner
General Manager
Walker River Irrigation District
P.O. Box 820
Yerington, NV 89447

Gary Stone
United States District Court Water Master
290 South Arlington Avenue, 3rd Floor
Reno, NV 89501

John Kramer
Department of Water Resources
1416 Ninth Street
Sacramento, CA 94814

Hugh Ricci, P.E.
Division of Water Resources
State of Nevada
123 West Nye Lane
Carson City, NV 89710

William Quinn
U.S. Department of the Interior
Office of the Solicitor
401 W. Washington St., SPC 44
Phoenix, AZ 85003

Robert L. Hunter
Western Nevada Agency
Bureau of Indian Affairs
1677 Hot Springs Road
Carson City, NV 89706

Alice E. Walker/Scott McElroy
Greene, Meyer & McElroy, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Matthew R. Campbell
David Moser
McCutchen, Doyle, Brown & Enerson
Three Embarcadero Center, Suite 1800
San Francisco, CA 94111

Ross E. de Lipkau
Marshall, Hill, Cassas & de Lipkau
P.O. Box 2790
Reno, NV 89505

Mary Hackenbracht
Deputy Attorney General
State of California
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Jim Shaw
Chief Dep. Water Commissioner
U.S. Board of Water Commissioners
P.O. Box 853
Yerington, NV 89447

Kelly R. Chase
P.O. Box 2800
Minden, NV 89423

Bill Lockyer, Attorney General
Michael W. Neville, Depty. Attny. Gen.
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

Marta Adams
Deputy Attorney General
State of Nevada
100 North Carson Street
Carson City, NV 89701

James Spoo
Zeh, St. Aubin, Spoo, & Hearne
575 Forest Service, Suite 200
Reno, NV 89509

Hank Meshorer
United States Department of Justice
Natural Resources Division
Ben Franklin Station
P.O. Box 7397
Washington, D.C. 20044-7397

Linda A. Bowman
Law Office of Linda A. Bowman, Ltd.
540 Hammill Lane
Reno, NV 89511

Gordon H. DePaoli
Dale E. Ferguson
Woodburn and Wedge
6100 Neil Road, Suite 500
P.O. Box 2311
Reno, NV 89511

Tim Glidden
U.S. Dept. of the Interior, Office of the
Secretary, Division of Indian Affairs
1849 C Street, N.W.,
Mail Stop 6456
Washington, D.C. 20240

Scott H. Shackelton
Silverado, Inc.
4160 Long Knife Rd.
Reno, NV 89509

Stacey Simon
Deputy County Counsel
Mono County
P.O. Box 2415
Mammoth Lakes, CA 93546-2415

Treva J. Hearne, Esq.
Law Offices of Treva J. Hearne
557 Washington St., Lower Level
Reno, Nevada 89503

Susan L. Schneider
United States Department of Justice
Environment & Natural Resources Div.
Indian Resources Section
999 18th Street, Suite 945
Denver, CO 80202

David L. Negri