Ann Morgan
State Bar No. 933
Louis M. Bubala III
State Bar No. 8974
JONES VARGAS
100 West Liberty Street, 12th Floor
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000

Attorneys for Counter-Defendants
Eugenie H. Mack and Luther Mack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNTIED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>WALKER RIVER PAIUTE TRIBE, )<br>  )<br>Plaintiff-Intervenor, )<br>  )<br>vs. )<br>  )<br>WALKER RIVER IRRIGATION DISTRICT, )<br>A corporation, et al., ) | IN EQUITY NO. C-125<br><br>SUBFILE NO. C-125-B |

### **MOTION & PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 10-6(b), Jones Vargas, as attorneys of record for EUGENIE H. MACK and LUTHER MACK, hereby moves to withdraw as counsel of record for Eugenie H. Mack and Luther Mack. Good cause exists for authorizing the withdrawal of representation by movant, based on the following ground(s):

1. Movant is an attorney licensed to and actively engaged in the practice of law in the State of Nevada. Movant maintains an office for the practice of law at 100 West Liberty Street, 12th Floor, located in Reno, Nevada.

2. Counter-Defendants Eugenie H. Mack and Luther Mack have requested Jones Vargas to withdraw as counsel in this matter.

H:\Mam\Mack\Walker River litigation\Motion to Withdraw, 11.6.06.doc

Based on the forgoing, Jones Vargas respectfully requests that this Court issue an order permitting Movant to withdraw from further representation of EUGENIE H. MACK and LUTHER MACK in the above-entitled action.

All further documents and notices shall be served at this address:

Luther and Eugenie H. Mack
321 Broadway Blvd.
Reno, NV 89502-2920

DATED this 6th day of November, 2006.

                JONES VARGAS

                //s//Louis M. Bubala III
                Ann Morgan, Esq.
                State Bar No. 933
                Louis M. Bubala III, Esq.
                State Bar No. 8974
                100 West Liberty Street, 12th Floor
                PO Box 281
                Reno, Nevada 89504-0281
                Telephone: (775) 786-5000

                Attorneys for Eugenie H. Mack and Luther Mack

IT IS SO ORDERED

_United States Magistrate Judge_

DATED: November 6, 2006

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

Page 2 of 2