# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> WALKER RIVER IRRIGATION ) <br> DISTRICT, et al., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) <br> MINERAL COUNTY, ) <br> ) <br> Proposed-Plaintiff-Intervenor ) <br> ) <br> v. ) <br> ) <br> THE WALKER RIVER IRRIGATION ) <br> DISTRICT, et al., ) <br> ) <br> Proposed Defendants. ) <br> _____ ) | IN EQUITY NO. C-125-ECR <br> Sub-proceedings: C-125-B & C-125-C <br> 3:73-cv-00127-ECR-LRL <br> 3:73-cv-00128-ECR-LRL <br><br> **O R D E R** |

This case comes before the court on the Joint Motion of Mineral County, Walker River Paiute Tribe, and the United States to Set Status Conference on Pending Issues (#1591). The court has considered the Joint Motion, the Walker River Irrigation District's Response (#1592), the Joinder of Circle Bar B Ranch (#1593), and the Joint Reply of Plaintiff Parties (#1596). For good cause shown,

IT IS ORDERED that the Joint Motion of Mineral County, Walker River Paiute Tribe, and the United States to Set Status Conference on Pending Issues (#1591) is granted. A telephonic status conference on both sub-proceedings will be conducted on **TUESDAY, OCTOBER 19, 2010, at 1:30**

**P.M.** Counsel are directed to call into the court's "meet-me" line at **702-464-5625** five(5) minutes before the commencement of the conference.

      IT IS FURTHER ORDERED that the United States shall consult with the other plaintiff parties and the primary defendants to prepare and submit a proposed agenda for the conference not later than **October 8, 2010**.

      DATED this 20th day of September, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**