**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>WALKER RIVER PAIUTE TRIBE,　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff-Intervenor,　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>WALKER RIVER IRRIGATION DISTRICT, )<br>a corporation, et al.,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　　　)<br>_____ ) | 3:73-CV-127-ECR-LRL<br>IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-B<br><br>~~Proposed~~ ORDER CONCERNING FIFTEENTH REPORT OF THE UNITED STATES OF AMERICA CONCERNING STATUS OF SERVICE ON CERTAIN PERSONS AND ENTITIES |

　　　This Order follows the United States of America's ("United States") filing of its *Fifteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities,* Case Nos. C-125, Subproceeding C-125-B (Mar. 5, 2010) ("Fifteenth Service Report") and its *Request for Approval of Fifteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities* (Apr. 29, 2010) ("Request for Approval").

　　　The Court hereby APPROVES AND ORDERS the relief requested therein by the United States.

　　　"Attachment A" to this Order is a list of persons and entities who are hereby DISMISSED from this action pursuant to this Order. "Attachment B" to this Order is a list of persons and entities for which the Court has determined SERVICE IS COMPLETE, based on the above Service Report and Request for Approval. "Attachment C" to this Order is a list of corrections and additions to the caption in this case.

　　　In its Request for Approval, the United States made certain corrections to its Fifteenth Service Report and withdrew certain specific requests that the Court make determinations regarding the status of certain persons and entities, including its requests for substitution pursuant to Fed. R. Civ. P. 25(c). If a person or entity is not addressed in the following Order, it is because that request has been withdrawn and no ruling has been made pursuant to the Fifteenth Service Report regarding their status in this case.

　　　　　　　　　　　　　　　　　IT IS SO ORDERED this 19th day of __October__, 2010.

　　　　　　　　　　　　　　　　　_/s/ Leavitt_
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER CONCERNING FIFTEENTH REPORT OF THE UNITED STATES OF AMERICA CONCERNING STATUS OF
SERVICE ON CERTAIN PERSONS AND ENTITIES

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>WALKER RIVER PAIUTE TRIBE, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>vs. )<br>)<br>WALKER RIVER IRRIGATION DISTRICT, )<br>a corporation, et al., )<br>)<br>Defendants. )<br>_____ ) | 3:73-CV-127-ECR-LRL<br>IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-B<br><br>ATTACHMENT A TO THE ORDER<br>CONCERNING FIFTEENTH REPORT<br>OF THE UNITED STATES OF<br>AMERICA CONCERNING STATUS OF<br>SERVICE ON CERTAIN PERSONS<br>AND ENTITIES: LIST OF PERSONS<br>AND ENTITIES TO BE DISMISSED |

The following persons and entities are DISMISSED from this action pursuant to the *Order Concerning Fifteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (Mar. 5, 2010):

1. Alexis Acosta
2. Joe Acosta
3. Amalgamated Minerals Int'l, Inc.
4. Norman W. Annett
5. Estate of Alpha Annett
6. Cruz Maria Arellano
7. Miguel Arellano
8. Estate of Daniel T. Bellew
9. Daniel T. Bellew
10. Bemis, Jack L.
11. Beronio Family 1995 Trust
12. Nita M. Berryhill
13. Camella M. Brownell
14. Dean G. Brownell
15. Estate of Bruce Clark
16. William G. Cremetti Trust
17. Anthony D. Dacquisto
18. Dominic Dacquisto
19. Josie Dacquisto

2

20. Kelli A. Day
21. Robert H. Day, Jr.
22. Verna N. Debrick
23. Cherryl A. Del Porto
24. Daniel E. Del Porto
25. Julie A. Del Porto
26. Estate of Edgar S. Eckel.
27. Estate Mary V. Eckel.
28. Don Erbin
29. Billie Jean Faacks
30. Kenneth Faacks
31. Susana C Fousekis
32. James T. Fousekis.
33. Roy J. Funez
34. Maria Camargo Gonzalez
35. Sonnie L. Haight
36. Hamlett Group LTD Partnership
37. Judith Hammond Revocable Living Trust
38. Charles J. Hartman
39. Mary A. Hartman
40. Michael J. Hern
41. Guadalupe Hernandez
42. Juan P. Hernandez
43. Obdulia A. Hernandez
44. Richard Kevin Hiskett
45. Michael Hiskett
46. Estate of Robert E. Jackson
47. Marjorie A. Jones
48. Lyle E. Klose
49. Dennis R. Knapp
50. Richard D. Knisley
51. Rosanna M. Knisley
52. Logan H. & Madge M. Knox Revocable Trust
53. Stephen Lang
54. Robert Lang
55. Nancy Lang
56. Bonnie Little
57. David Little, Jr.
58. Gregg E. Lubbe
59. Shelly M. Lubbe
60. Metallic Ventures (U.S.), Inc.
61. Rhonda J. Micke
62. John W. Moody
63. Kristine R. Moody

3:73-cv-127-ECR-LRL, IN EQUITY NO. C-125-ECR, Subproceeding: C-125-B

64. Aaron Moon
65. Ronald W. Moore
66. Vickie L. Moore
67. Marjorie R. Muir
68. Thomas K. Muir
69. Lucille G. Nall
70. Nevada Onion, Inc.
71. Linda J. Pangburn
72. Jack R. Petrak
73. Maria A. Ramirez
74. Antonia Ramirez
75. Ruby C. Regan Trust
76. Ellen A. Robertson
77. Michael E. Robertson
78. Carole A. Romine Trust
79. Mildred I. Sanderson
80. Shannon L. Sayce
81. Michael R. Sayce
82. Austin R. Schroder
83. Julia G. Schroder
84. Sundance Feedlot, Inc.
85. Amos Talbott
86. Jennifer Talbott.
87. Stephen L. Walsh
88. Harold Weller
89. Patricia Weller
90. Colin Wilkins
91. Gale Wilkins
92. June I Yeagley
93. Paul T. Yeagley
94. Yerington Church of Christ
95. Rafaela Zarazua-Mata
96. Abel Zarazua-Mata
97. Liboria Zarazua-Montes
//

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>Defendants. | 3:73-cv-127-ECR-LRL<br>IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-B<br><br>ATTACHMENT B TO THE ORDER<br>CONCERNING FIFTEENTH REPORT<br>OF THE UNITED STATES OF<br>AMERICA CONCERNING STATUS OF<br>SERVICE ON CERTAIN PERSONS<br>AND ENTITIES: LIST OF PERSONS<br>AND ENTITIES FOR WHOM SERVICE<br>IS COMPLETE |

The Court has determined that service is complete upon the following persons and entities in this action pursuant to the *Order Concerning Fifteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (Mar. 5, 2010):

1. Howard Aldridge
2. Rhonda Aldridge
3. Norman W. and Kelli J. Annett Family Trust
4. Antler Peak Gold Inc.
5. Christina Rae Baker
6. Sherrie Barton
7. Donald J. Berinati
8. Robert R. Curry
9. Daniel E. & Cherryl A. Del Porto Family Trust
10. Loretta Beth Eitel-Marti
11. Brett A. Emery 1999 Revocable Trust dtd 12/27/1999
12. James T. Fousekis Intervivos Trust dated June 6, 2007
13. Susana Cox Fousekis Intervivos Trust dated June 6, 2007
14. Estate of Ed Fulstone
15. James Goldsworthy
16. Myron J. Goldsworthy
17. Great Escape Properties
18. The Mary A. Hartman Family Trust
19. Arlene M. Hoferer
20. Robert L. Hoferer, Sr.

3:73-cv-127-ECR-LRL, IN EQUITY NO. C-125-ECR, Subproceeding:  C-125-B

21. Donald M. Johnson
22. Arena F. Lewis
23. Lubbe Family Trust dtd 4/10/08
24. Steve Marti
25. New Hall-Daniels Ditch, Inc.
26. Albert W. Newman
27. Northern Nevada Urgent Care LP
28. William H. Pennebaker 2007 Trust Agreement
29. Brenda Ann Rogers Trust
30. Jennifer A. Smith
31. Swauger Ranch, Inc
32. Twin Lakes Enterprises, Inc.
33. Ramon V. and Myrna E. Valdez 2003 Revocable Trust uta Dated April 8, 2003
34. Ana Margarita Valladares
35. Carlos Valladares
36. Virginia Lakes Mutual Water Company
37. Janine Walsh
//

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>          Plaintiff,                              )<br>                                                              )<br>WALKER RIVER PAIUTE TRIBE,   )<br>                                                              )<br>          Plaintiff-Intervenor,               )<br>                                                              )<br>     vs.                                                  )<br>                                                              )<br>WALKER RIVER IRRIGATION DISTRICT,  )<br>a corporation, et al.,                        )<br>                                                              )<br>          Defendants.                       )<br>                                                              ) | 3:73-cv-127-ECR-LRL<br>IN EQUITY NO. C-125-ECR<br>Subproceeding:  C-125-B<br><br><br>ATTACHMENT C TO THE ORDER<br>CONCERNING FIFTEENTH REPORT<br>OF THE UNITED STATES OF<br>AMERICA CONCERNING STATUS OF<br>SERVICE ON CERTAIN PERSONS<br>AND ENTITIES: CORRECTIONS AND<br>ADDITIONS TO CAPTION |

       The Court has determined that the following corrections and additions to the caption in the above case shall be made pursuant to the *Order Concerning Fifteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (Mar. 5, 2008):

1. Norman W. and Kelli J. Annett Family Trust
2. Antler Peak Gold Inc.
3. Susana Cox Fousekis Intervivos Trust dated June 6, 2007
4. James T. Fousekis Intervivos Trust dated June 6, 2007
5. Lubbe Family Trust dtd 4/10/08

//