GORDON H. DePAOLI
Nevada State Bar No. 00195
DALE E. FERGUSON
Nevada State Bar No. 4986
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775 / 688-3000

Attorneys for WALKER RIVER IRRIGATION DISTRICT

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         DEC 2 8 2010

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br>WALKER RIVER PAIUTE TRIBE,<br><br>Counterclaimants,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, et al.<br><br>Counterdefendants. | IN EQUITY NO. C-125<br><br>SUBFILE NO. C-125-B<br>3:73-cv-00127-ECR-LRL<br><br>SUBFILE NO. C-125-C<br>3:73-cv-00128-ECR-LRL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDA RELATED TO OBJECTIONS TO PROPOSED SERVICE CUTOFF AND SUCCESSOR-IN-INTEREST ORDERS AND TO ADJUST REMAINING SCHEDULE ACCORDINGLY (2nd Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 6-1 and LR 6-2, counsel for the Walker River Irrigation District (the "District") moves the Court for an order

-1-

Case 3:73-cv-00127-ECR-LRL   Document 1619   Filed 12/28/10   Page 2 of 8

extending the time for parties to file memoranda related to objections, if any, to the proposed service cutoff order (Doc. 1613 in C-125-B) and successor-in-interest orders (Doc. 1614 in C-125-B; Doc. 516 in C-125-C) from December 31, 2010 to January 7, 2011, and further requests that the Court extend the time for the Plaintiff Parties to file any replies, including any revisions to the proposed order, to on or before February 3, 2011.

In support of this Motion, counsel for the District represents the following to the Court:

1. By Stipulation and Order dated December 15, 2010, the Court established a schedule for filing memoranda related to objections, if any, to the proposed service cutoff and successor-in-interest orders. (Doc. 1616 in C-125-B; Doc. 518 in C-125-C).

2. Pursuant to Order dated December 15, 2010, the Court extended the deadline to file memoranda related to objections, if any, to the proposed service cutoff and successor-in-interest orders to on or before December 31, 2010, directed that the Plaintiff Parties and Primary Defendants in both cases confer before the Plaintiff Parties reply to those objections to determine, among other things, if the parties can agree on proposed language, or if there are additional procedures and forms that may assist with these issues; and further ordered that the Plaintiff Parties shall file any replies, including any revisions to proposed orders on or before January 27, 2011. (Doc. 1617 in C-125-B; Doc. 519 in C-125-C).

3. By reason of a family emergency which arose commencing on December 20, 2010, and which is ongoing, counsel for the District requires a one week extension of time to file its memorandum related to objections to the proposed service cutoff and successor-in-interest orders.

4. Counsel for the District has contacted counsel for the Walker River Paiute Tribe and Mineral County concerning this request, and they have no objections to it.

5. Counsel believes that the United States would not oppose this Motion. Susan Schneider, principal counsel for the United States, is out of her office until January 4, 2011.

-2-

Counsel for the District has sent an email to Susan Schneider and left a voice mail message, and in addition, has left a message for a person whom Susan Schneider said should be contacted in her absence. However, counsel for the District has not heard from either Susan Schneider or the other person for whom a message was left. Counsel sent a similar email message to Greg Addington at the United States Attorney's Office in Reno, Nevada. He, too, is out of his office until January 4, 2011, as is the other person he suggested be contacted in his absence. Counsel for Mineral County spoke with Christopher Watson, who, although not counsel of record, is with the Solicitor's Office of the Department of Interior and has been working with Susan Schneider on this matter. Mr. Watson has no objection to the extension, and he believes (as does counsel for the District) that Susan Schneider would agree to the extension under the circumstances.

NOW, THEREFORE, based upon the foregoing, counsel for the District respectfully requests that the Court grant the Motion, and extend the time for parties to file memoranda related to objections, if any, to the proposed service cutoff and successor-in-interest orders to January 7, 2011, and extend the time for the Plaintiff Parties to file any replies, including any revisions to the proposed orders, to on or before February 3, 2011.

Dated: December 28, 2010.

WOODBURN AND WEDGE

By: __/s/ Gordon H. DePaoli__
Gordon H. DePaoli
Nevada Bar No. 195
6100 Neil Road, Suite 500
Reno, Nevada 89511
*Attorneys for Walker River Irrigation District*

**ORDER**

IT IS SO ORDERED.

Edward C. Reed,
~~Lawrence R. Leavitt~~
United States ~~Magistrate~~ District Judge

Dated: December 28, 2010.

-3-

# CERTIFICATE OF SERVICE

I certify that I am an employee of Woodburn and Wedge and that on the 28th day of December, 2010, I electronically served the foregoing *Unopposed Motion for Extension of Time to File Memoranda Related to Objections to Proposed Service Cutoff and Successor-In-Interest Orders and to Adjust Remaining Schedule Accordingly (2nd Request)* in Case No. 3:73-cv-00127-ECR-LRL on the following via their email addresses:

| Name | Email |
|---|---|
| Brian Chally | brian.chally@lvvwd.com |
| Bryan L. Stockton | bstockton@ag.nv.gov |
| Charles S. Zumpft | zumpft@brooke-shaw.com |
| Cherie K. Emm-Smith | districtattorney@mineralcountynv.org |
| Don Springmeyer | dspringmeyer@wrslawyers.com |
| Chrristopher Mixson | cmixson@wrslawyers.com |
| G. David Robertson | gdavid@nvlawyers.com |
| George Benesch | gbenesch@sbcglobal.net |
| Greg Addington | greg.addington@usdoj.gov |
| Harry W. Swainston | hwswainston@earthlink.net |
| J.D. Sullivan | jd@mindenlaw.com |
| James Spoo | spootoo@aol.com |
| John Paul Schlegelmilch | jpslaw@netscape.com |
| Julian C. Smith, Jr. | joylyn@smithandharmer.com |
| Karen Peterson | kpeterson@allisonmackenzie.com |
| Kirk C. Johnson | kirk@nvlawyers.com |
| Laura Schroeder | counsel@water-law.com |
| Louis S. Test | twallace@htag.reno.nv.us |
| Marta Adams | maadams@ag.state.nv.us |
| Marvin W. Murphy | marvinmurphy@sbcglobal.net |
| Michael D. Hoy | Michael D Hoy mhoy@nevadalaw.com |
| Michael F. Mackedon | falonlaw@phonewave.net |
| Michael R. Montero | mrm@eloreno.com |
| Michael A. Pagni | mpagni@mcdonaldcarano.com |
| Richard W. Harris | rharris@gbis.com |
| Ross E. de Lipkau | ecf@parsonsbehle.com |
| Sylvia Harrison | sharrison@mcdonaldcarano.com |
| T. Scott Brooke | brooke@brooke-shaw.com |
| Michael W. Neville | michael.neville@doj.ca.gov |
| Stacey Simon | ssimon@mono.ca.gov |
| Susan Schneider | susan.schneider@usdoj.gov |
| Paul J. Anderson | panderson@mclrenolaw.com |
| Debbie Leonard | dleonard@mcdonaldcarano.com |
| Wes Williams | wwilliams@standfordaluni.org |
| William J. Duffy | william.duffy@dgslaw.com |
| Gene M. Kaufmann | GKaufmann@mindenlaw.com |
| Erin K.L. Mahaney | emahaney@waterboards.ca.gov |

| | |
|---|---|
| David L. Negri | david.negri@usdoj.gov |
| Simeon Herskovits | herskovitx@westernlaw.org |
| John W. Howard | johnh@jwhowardattorneys.com |
| Malissa Hathaway McKeith | mckeith@lbbslaw.com |
| Andrew D. Galvin | drew.galvin@americantower.com |
| Lynn L. Steyaert | lls@water-law.com |
| Noelle R. Gentilli | ngentill@water.ca.gov |
| Donald B. Mooney | dbmooney@dcn.org |
| Erick Soderlund | esoderlu@water.ca.gov |
| Stuart David Hotchkiss | david.hotchkiss@ladwp.com |

I further certify that I served a copy of the foregoing in Case No. 3:73-cv-00127-ECR-LRL to the following by U.S. Mail, postage prepaid, this 28th day of December, 2010:

Robert L. Auer
Lyon County District Attorney
31 S. Main St.
Yerington, NV 89447

Jeff Parker
Deputy Atty. General
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701-4717

Wesley G. Beverlin
Malissa Hathaway McKeith
Lewis, Brisbois, Bisgaard & Smith LCP
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

Todd Plimpton
Belanger & Plimpton
1135 Central Ave.
P.O. Box 59
Lovelock, NV 89419

Leo Drozdoff
Dir. of Conservation & Natural Resources
State of Nevada
901 S. Stewart St.
Carson City, NV 89701

William W. Quinn
Office of the Field Solicitor
Department of the Interior
401 W. Washington St., SPC 44
Phoenix, AZ 85003

Nathan Goedde, Staff Counsel
California Dept. of Fish and Game
1416 Ninth St., #1335
Sacramento, CA 95814

Marshall S. Rudolph, Mono County Counsel
Stacy Simon, Deputy County Counsel
Mono County
P. O. Box 2415
Mammoth Lakes, CA 93546-2415

Mary Hackenbracht
Deputy Attorney General
State of California
1515 Clay St., 20th Floor
Oakland, CA 94612-1413

William E. Schaeffer
P. O. Box 936
Battle Mountain, NV 89820

Robert L. Hunter, Superintendent
Western Nevada Agency
Bureau of Indian Affairs
311 E. Washington St.
Carson City, NV 89701-4065

James Shaw
Water Master
U.S. Board of Water Commissioners
P.O. Box 853
Yerington, NV 89447

| | |
|---|---|
| Jason King<br>Division of Water Resources<br>State of Nevada<br>901 S. Stewart St.<br>Carson City, NV 89701 | Kenneth Spooner<br>General Manager<br>Walker River Irrigation District<br>P.O. Box 820<br>Yerington, NV 89447 |
| Timothy A. Lukas<br>P.O. Box 3237<br>Reno, NV 89505 | Garry Stone<br>U.S. District Court Water Master<br>290 S. Arlington Ave., 3rd Floor<br>Reno, NV 89501 |

I certify that I am an employee of Woodburn and Wedge and that on the 28th day of December, 2010, I electronically served the foregoing *Unopposed Motion for Extension of Time to File Memoranda Related to Objections to Proposed Service Cutoff and Successor-In-Interest Orders and to Adjust Remaining Schedule Accordingly (2nd Request)* in Case No. 3:73-cv-00128-ECR-LRL on the following via their email addresses:

| | |
|---|---|
| Cheri K. Emm-Smith | districtattorney@mineralcountynv.org |
| David L. Negri | david.negri@usdoj.gov |
| Don Springmeyer | dspringmeyer@wrslawyers.com |
| Chris Mixson | cmixson@wrslawyers.com |
| Garry Stone | jaliep@aol.com, jtboyer@troa.net |
| George N. Benesch | gbenesch@sbcglobal.net |
| Gregory W. Addington | greg.addington@usdoj.gov |
| James Spoo | spootoo@aol.com |
| Karen A. Peterson | kpeterson@allisonmackenzie.com |
| Marta A. Adams | MAdams@ag.nv.gov |
| Michael Neville | michael.neville@doj.ca.gov |
| Ross E. de Lipkau | ecf@parsonsbehle.com |
| Simeon M. Herskovits | simeon@communityandenvironment.net |
| Stacey Simon | ssimon@mono.ca.gov |
| Stephen M. Macfarlane | Stephen.Macfarlane@usdoj.gov |
| Susan L. Schneider | susan.schneider@usdoj.gov |
| Wes Williams | wwilliams@stanfordalumni.org |

I further certify that I served a copy of the foregoing in Case No. 3:73-cv-00128-ECR-LRL to the following by U.S. Mail, postage prepaid, this 28th day of December, 2010:

| | |
|---|---|
| Allen Anspach<br>U.S. Bureau of Indian Affairs<br>Western Region<br>400 North 5th St., 12th Floor<br>Phoenix, AZ 85004 | Robert Auer<br>District Attorney for Lyon County<br>31 South Main St.<br>Yerington, NV 89447 |

| | |
|---|---|
| Wesley G. Beverlin<br>Malissa Hathaway McKeith<br>Lewis, Brisbois, Bisgaard & Smith LCP<br>221 N. Figueroa St., Ste. 1200<br>Los Angeles, CA 90012 | Kelly R. Chase<br>1700 County Road, Ste. A<br>P.O. Box 2800<br>Minden, NV 89423 |
| Nathan Goedde<br>Staff Counsel<br>California Dept. of Fish & Game<br>1416 Ninth St., Ste. 1335<br>Sacramento, CA 95814 | Mary Hackenbracht<br>Deputy Attorney General<br>State of California<br>1515 Clay St., 20th Floor<br>Oakland, CA 94612-1413 |
| Michael D. Hoy<br>Hoy & Hoy<br>1495 Ridgeview Dr., Suite 90<br>Reno, NV 89519 | Robert L. Hunter<br>Western Nevada Agency<br>311 E. Washington St.<br>Carson City, NV 89701 |
| Jason King<br>Division of Water Resources<br>State of Nevada<br>901 S. Stewart St.<br>Carson City, NV 89701 | Timothy A. Lukas<br>P.O. Box 3237<br>Reno, NV 89505 |
| Los Angeles City Attorney's Office<br>P.O. Box 51-111<br>111 North Hope St., Ste. 340<br>Los Angeles, CA 90051 | Michael F. Mackedon<br>P.O. Box 1203<br>179 South LaVerne St.<br>Fallon, NV 89407 |
| David Moser<br>McCutchen, Doyle, Brown, et al.<br>Three Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111 | Scott H. Shackelton<br>Law Offices of Scott Shackelton<br>4160 Long Knife Rd.<br>Reno, NV 89509 |
| James Shaw<br>Water Master<br>U.S. Board of Water Commissioners<br>P.O. Box 853<br>Yerington, NV 89447 | William J. Shaw<br>Brooke & Shaw, Ltd.<br>1590 Fourth St.<br>P.O. Box 2860<br>Minden, NV 89423 |
| Kenneth Spooner<br>General Manager<br>Walker River Irrigation District<br>P.O. Box 820<br>Yerington, NV 89447 | Tracy Taylor<br>Department of Conservation and Natural Resources<br>Division of Water Resources<br>901 S. Stewart St., Ste. 202<br>Carson City, NV 89701 |

| | |
|---|---|
| Adah Blinn and John Hargus Trust, Robert Lewis Cooper, Trustee 984 Hwy. 208 Yerington, NV 89447 | Casino West Lawrence B. Masini, RA 11 N. Main St. Yerington, NV 89447 |
| Domenici 1991 Family Trust Lona Marie Domenici-Reese P.O. Box 333 Yerington, NV 89447 | L & M Family Limited Partnership Rife Sciarani & Co, RA 22 Hwy. 208 Yerington, NV 89447 |
| Wallace J. & Linda P. Lee 904 W. Goldfield Ave. Yerington, NV 89447 | Joseph J. Bessie J. Lommori Trust Joseph & Bessie J. Lommori, Trustees 710 Pearl St. Yerington, NV 89447 |
| Cynthia Menesini 111 N. Hwy. 95A Yerington, NV 89447 | Cynthia Nuti P.O. Box 49 Smith, NV 89430 |
| Nancy J. Nuti P.O. Box 49 Smith, NV 89430 | Richard B. Nuti P.O. Box 49 Smith, NV 89430 |
| Charles Price 24 Panavista Cir. Yerington, NV 89447 | John Gustave Ritter III 34 Aiazzi Ln. Yerington, NV 89447 |
| Sceirine Fredericks Ranch c/o Todd Sceirine 3100 Hwy. 338 Wellington, NV 89444 | Silverado, Inc. Gordon R. Muir, RA One E. Liberty St., Suite 416 Reno, NV 89501 |
| Daniel G. & Shawna S. Smith P.O. Box 119 Wellington, NV 89444 | Christy De Long & Kirk Andrew Stanton 27 Borsini Ln. Yerington, NV 89447 |
| Susan Steneri 10 Pickering Cir., Reno Reno, NV 89511 | Jerry E. Tilley, Trust Jerry E. Tilley, Trustee 11418 S. 105th E. Ave. Bixby, OK 74008 |

/ s / Holly Dewar
Holly Dewar