## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　Defendants | IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-B<br><br>**PROPOSED ORDER CONCERNING<br>SERVICE CUT-OFF DATE** |

　　　　In its Case Management Order (#108), the Court directed that the United States of America ("United States") and the Walker River Paiute Tribe ("Tribe") "shall effect service of their respective First Amended Counterclaims, notices in lieu of summons, requests for waiver of service, and the within Case Management Order" on the members of nine categories of water rights holders described in paragraph 3 of this Court's *Case Management Order* (C-125-B, Apr. 18, 2000) ("CMO") (#108).

　　　　After extensive research and service efforts, the United States is in the process of completing these service efforts. One issue the parties have raised with the Court is the designation of a cut-off date respecting the defendants to be included in this action pursuant to the CMO.

　　　　IT IS HEREBY ORDERED that:

　　　　The service cut-off date for Phase I of the Tribal Claims is December 31, 2009, and

includes water rights in existence as of that date.

IT IS SO ORDERED.

Dated: ___9-19-11_____

_____
The Honorable Lawrence R. Leavitt
United States District Court Magistrate Judge