Simeon M. Herskovits, Nevada Bar No. 11155
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
(575) 758-7202
simeon@communityandenvironment.net
*Attorney for Mineral County, Nevada*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>              Plaintiff,                              )<br>                                                                  )<br>WALKER RIVER PAIUTE TRIBE,        )<br>                                                                  )<br>              Plaintiff-Intervenor,              )<br>       vs.                                                  )<br>                                                                  )<br>WALKER RIVER IRRIGATION DISTRICT, )<br>a corporation, et al.,                               )<br>                                                                  )<br>              Defendants.                           )<br>_____)<br>MINERAL COUNTY,                              )<br>                                                                  )<br>              Proposed-Plaintiff-Intervenor, )<br>       vs.                                                  )<br>                                                                  )<br>WALKER RIVER IRRIGATION DISTRICT )<br>a corporation, et al.                                  )<br>                                                                  )<br>              Proposed Defendants.           )<br>_____ | IN EQUITY NO. C-125-ECR<br>Subproceedings: C-125-B & C-125-C<br>3:73-CV-00127-ECR- LRL &<br>3:73-CV-00128-ECR- LRL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF MAGISTRATE JUDGE WITH RESPECT TO REVISED PROPOSED ORDERS AND AMENDED ORDERS CONCERNING SERVICE ISSUES PERTAINING TO DEFENDANTS WHO HAVE BEEN SERVED**<br><br>ORDER GRANTING |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 6-1 and LR 6-2, counsel for the Mineral County moves the Court for an order extending the time for the Walker River Paiute Tribe, United States of America, and Mineral County ("Plaintiff Parties") to file their response to the Walker River Irrigation District's Objections to Rulings of Magistrate Judge With Respect to Revised Proposed Orders and Amended Orders Concerning Service Issues

Pertaining to Defendants Who Have Been Served ("WRID's objections") (C-125-B Docs. 1652 & 1653; C-125-C Docs. 543 & 544) from on or before September 29, 2011, to on or before December 2, 2011.

In support of this Motion, counsel for Mineral County represents the following to the Court:

1. At the request of Plaintiff Parties, Magistrate Judge Leavitt held a telephonic status conference on October 19, 2010, for the purpose of addressing pending service issues. (Order, C-125-B Doc. 1598; C-125-C Doc. 512).

2. Pursuant to the status conference and by Stipulation and Order dated December 9, 2010, and December 15, 2010, respectively, the Court established a schedule for filing proposed service cutoff and successor-in-interest orders in C-125-B and C-125-C as well as memoranda related to objections, if any, to the proposed orders. (C-125-B Doc. 1616; C-125-C Doc. 518).

3. Pursuant to the Court's direction, on November 30, 2010, the United States and Walker River Paiute Tribe filed a proposed Service Cut-Off order in subproceeding C-125-B and the United States, Walker River Paiute Tribe, and Mineral County filed joint proposed Successor-in-Interest Orders in subproceedings C-125-B and C-125-C. (C-125-B Docs. 1613 & 1614; C-125-C Doc. 516).

4. In late 2010 and early 2011, the Court extended the filing deadlines related to the proposed orders three times, twice for Primary Defendants and once for the Plaintiff Parties. (C-125-B Docs. 1617, 1620, 1627; C-125-C Docs. 519, 521, 528).

5. After briefing in early 2011, on August 24, 2011, Magistrate Judge Leavitt issued identical Revised Proposed Orders Concerning Service Issues Pertaining to Defendants

Who Have Been Served in both subproceedings 125-B and 125-C.  (C-125-B Doc. 1649, C-125-C Doc. 540).

6. On August 26, 2011, Magistrate Judge Leavitt issued an Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceeding C-125-B.  (C-125-B Doc. 1650).

7. On September 6, 2011, Magistrate Judge Leavitt issued an identical Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceeding C-125-C.  (C-125-C Doc. 542).

8. The amended orders contained attachments not included in the August 24, 2011, orders, but are otherwise identical to the August 24 orders.

9. On September 12, 2011, WRID filed Objections to Rulings of Magistrate Judge With Respect to Revised Proposed Orders and Amended Orders Concerning Service Issues Pertaining to Defendants Who Have Been Served, challenging the Magistrate Judge's August 24, August 26, and September 6 orders.  (C-125-B Docs. 1652 & 1653; C-125-C Docs. 543 & 544).

10. On that same day, Circle Bar N Ranch, LLC, and Mica Farms, LLC joined in WRID's objections.  (C-125-B Doc. 1654; C-125-C Doc. 545).

11. Pursuant to LR IB 3-1 and Rule 6(d) of the Federal Rules of Civil Procedure, the deadline for responses to WRID's objections is September 29, 2011.

12. Just as the three Plaintiff Parties submitted joint filings on successor-in-interest issues before Magistrate Judge Leavitt, the Walker River Paiute Tribe, United States of America, and Mineral County plan to submit a joint response to WRID's objections and will need to work collaboratively on that response.

13. Attorneys for Mineral County currently are preparing for a six (6) week administrative hearing, effectively a trial, before the Nevada State Engineer that is set to begin September 26, 2011, and will run through November 18, 2011, with a two week intermission in late October during which time counsel for Mineral County will be engaged in intense preparation for the second half of the hearing.

14. Counsel for Mineral County is coordinating work on the joint response with counsel for the United States and Walker River Paiute Tribe, and will endeavor to accomplish as much as possible during the intermission in the State Engineer's administrative hearing in order to file the joint response as soon as possible.

15. However, due to the intensity and level of preparation required for that hearing, counsel for Mineral County likely will not have sufficient time to ensure that Mineral County's interests and positions are adequately addressed in the response to WRID's objections until after the completion of the hearing and the Thanksgiving holiday that immediately follows.

16. Therefore, Mineral County requests an extension until December 2, 2011, in which to file a joint response to WRID's objections.

17. Counsel for Mineral County has contacted counsel for Primary Defendants concerning this request for an extension and none of the Primary Defendants has objected to it..

NOW, THEREFORE, based upon the foregoing, Mineral County respectfully requests that the Court grant this Unopposed Motion, and extend the time for Plaintiff Parties to file their response to WRID's objections, to on or before December 2, 2011, which would give counsel for Mineral County sufficient time to work with the United States and Walker River Paiute Tribe to prepare that response.

Respectfully submitted this 23rd day of September, 2011,

                    ADVOCATES FOR COMMUNITY & ENVIRONMENT

                    By: /s/
                        Simeon M. Herskovits
                        Nevada Bar No. 11155
                        P.O. Box 1075
                        El Prado, New Mexico 87529
                        *Attorney for Mineral County*

**ORDER**

Dated: September 28, 2011.

IT IS SO ORDERED.

                            /s/ Edward C. Reed
                      United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF MAGISTRATE JUDGE WITH RESPECT TO REVISED PROPOSED ORDERS AND AMENDED ORDERS CONCERNING SERVICE ISSUES PERTAINING TO DEFENDANTS WHO HAVE BEEN SERVED** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via their email addresses:

Marta A. Adams
madams@ag.nv.gov pyoung@ag.nv.gov

Gregory W. Addington
greg.addington@usdoj.gov judy.farmer@usdoj.gov joanie.silvershield@usdog.gov

George N. Benesch
gbenesch@sbcglobal.net

Gordon H. DePaoli
gdepaoli@woodburnandwedge.com

Dale E. Ferguson
dferguson@woodburnandwedge.com

Simeon M. Herskovits
simeon@communityandenvironment.net

John W. Howard
john@jwhowardattorneys.com, elisam@jwhowardattorneys.com

Erin K. L. Mahaney
emahaney@waterboards.ca.gov

Ross E. de Lipkau
RdeLipkau@parsonsbehle.com, LBagnall@parsonsbehle.com; ecf@parsonsbehl.com

David L. Negri
David.negri@usdoj.gov

Michael Neville

C-125-B/C-125-C: Mineral County Request for Extension

6

1    michael.neville@doj.ca.gov, cory.marcelino@doj.ca.gov

2    Karen A. Peterson
3    kpeterson@allisonmackenzie.com, egarrison@allisonmackenzie.com

4    Todd A. Plimpton
     tplimpton@msn.com

5
6    Laura A. Schroeder
     counsel@water-law.com

7    Stacey Simon
8    ssimon@mono.ca.gov

9    Wes Williams, Jr.
     wwilliams@standordalumni.org
10

11   Cheri Emm-Smith
     districtattorney@mineralcountynv.org
12

13   William E. Schaeffer
     Lander_lawyer@yahoo.com

14
15   Bryan L. Stockton
     blstockt@ag.state.nv.us.gov, payoung@agstate.nv

16   Stuart David Hotchkiss
     david.hotchkiss@ladwp.com
17

18   Paul J. Anderson
     panderson@mclrenolaw.com

19
20   Richard W. Harris
     rharris@gbis.com

21   John Paul Schlegelmilch
22   jpslaw@netscape.com

23   Michael R. Montero
     mrm@eloreno.com
24

25   Julian C. Smith, Jr.
     joylyn@smithandharmer.com

26
27   Gene M. Kaufman
     GKaufmann@mindenlaw.com

28   C-125-B/C-125-C: Mineral County Request for Extension

7

1  J.D. Sullivan
2  jd@mindenlaw.com

3  Charles S. Zumpft
4  zumpft@brooke-shaw.com

5  Harry W. Swainston
   hwswainston@earthlink.net
6
7  Malissa Hathaway McKeith
   mckeith@lbbslaw.com
8
9  Sheri M. Thome
   Sheri.thome@wilsonelser.com

10 Marvin W. Murphy
11 marvinmurphy@sbcglobal.net

12 Brian Chally
   brian.chally@lvvwd.com
13
14 Kirk C. Johnson
   kirk@nvlawyers.com
15
16 G. David Robertson
   gdavid@nvlawyers.com

17 Louis S. Test
   twallace@htag.reno.nv.us
18
19 T. Scott Brooke
   brooke@brooke-shaw.com
20
21 William J. Duffy
   William.duffy@dgslaw.com

22 Michael D. Hoy
23 mhoy@nevadalaw.com

24 Debbie Leonard
   dleonard@mcdonaldcarano.com
25
26 Michael F. Mackedon
   falonlaw@phonewave.net
27
28 C-125-B/C-125-C: Mineral County Request for Extension

8

1  Donald B. Mooney
   dbmooney@dcn.org

2

3  Erick Soderlund
   esoderlu@water.ca.gov

4

5  Don Springmeyer
   dspringmeyer@wrslawyers.com

6  James Spoo
7  spootoo@aol.com, jjrbau@hotmail.com

8  Lynn Steyaert
   lls@water-law.com

9

10 Michael A. Pagni
   mpagni@mcdonaldcarano.com

11 Noelle R. Gentilli
12 ngentill@water.ca.gov

13 Sylvia L. Harrison
   sharrison@mcdonaldcarano.com
14

15 Brad M. Johnston
   bjohnston@hollandandhart.com, RenoFedECF@halelane.com, btoriyama@halelane.com,
16 carnold@halelane.com, cpulsipher@halelane.com, eford@hollandandhart.com

17 Stephen M. Macfarlane
   Stephen.Macfarlane@usdoj.gov, deedee.sparks@usdoj.gov
18

19 Marshall Rudolph
   mrudolph@mono.ca.gov
20

21 Susan L. Schneider
   susan.schneider@usdoj.gov

22
   Gary Stone
23 jaliep@aol.com

24 and I further certify that I served or caused to have served a true and correct copy of the

25 foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

26 **TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF**

27
   C-125-B/C-125-C: Mineral County Request for Extension
28
                                    9

**MAGISTRATE JUDGE WITH RESPECT TO REVISED PROPOSED ORDERS AND AMENDED ORDERS CONCERNING SERVICE ISSUES PERTAINING TO DEFENDANTS WHO HAVE BEEN SERVED** on the following non-CM/ECF participants by U.S Mail, postage prepaid, this 23rd day of September, 2011.

| | |
|---|---|
| Ken Spooner<br>Walker River Irrigation District<br>P.O. Box 820<br>Yerington, NV  89447 | Jason King<br>State Engineer – Division of Water Resources<br>State of Nevada<br>901 S. Stewart Street<br>Carson City, NV  89701 |
| John Kramer<br>Department of Water Resources<br>1416 Ninth Street, Room 1118<br>Sacramento, CA  94814 | Jim Shaw<br>Chief Dep. Water Commissioner<br>U.S. Board of Water Commissioners<br>P.O. Box 853<br>Yerington, NV  89447 |
| Robert L. Hunter, Superintendent<br>Western Nevada Agency<br>Bureau of Indian Affairs<br>311 E. Washington Street<br>Carson City, NV  89701-4065 | Jeff Parker, Deputy Atty General<br>Office of the Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701-4717 |
| Leo Drozdoff<br>Dept. of Conservation & Natural Resources<br>State of Nevada<br>901 S. Stewart Street<br>Carson City, NV  89701 | Michael F. Mackedon<br>P.O. Box 1203<br>179 South LaVerne Street<br>Fallon, NV 89407 |
| Nathan Goedde<br>Staff Counsel<br>California Dept. of Fish & Game<br>1416 Ninth Street, Suite 1335<br>Sacramento, CA  95814 | Kelly R. Chase<br>1700 County Road, Suite A<br>P.O. Box 2800<br>Minden, NV  89423 |
| Michael D. Hoy<br>Bible Hoy & Trachok<br>201 West Liberty Street, Third Floor<br>Reno, NV 89511 | Wesley G. Beverlin<br>Malissa Hathaway McKeith<br>Lewis, Brisbois, Bisgaard & Smith LCP<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA 90012 |

C-125-B/C-125-C:  Mineral County Request for Extension

| | |
|---|---|
| District Attorney for Lyon County<br>31 South Main Street<br>Yerington, NV 89447 | Timothy A. Lukas<br>P.O. Box 3237<br>Reno, NV 89505 |
| Weaver Revocable Trust Agreement, William<br>M. Jr. & Rosemary F. Weaver, Trustees<br>510 Hwy. 338<br>Wellington, NV 89444 | William J Shaw<br>Brooke & Shaw, Ltd.<br>1590 Fourth Street<br>P.O. Box 2860<br>Minden, NV 89423 |
| Thomas J. Hall, Esq.<br>Post Office Box 3948<br>305 S. Arlington Ave.<br>Reno, NV 89505 | Adah Blinn and John Hargus Trust, Robert<br>Lewis Cooper, Trustee<br>984 Hwy 208<br>Yerington, NV 89447 |
| Scott H. Shackelton<br>Law Offices of Scott Shackelton<br>4160 Long Knife Road<br>Reno, NV 89509 | Richard B. Nuti<br>P.O. Box 49<br>Smith, NV 89430 |
| Casino West<br>Lawrence B. Masini, RA<br>11 North Main Street<br>Yerington, NV 89447 | R.A. Palayo<br>5336 Awbury7 Ave.<br>Las Vegas, NV 89110 |
| Domenici 1991 Family Trust<br>Lona Marie Domenici-Reese<br>P.O. Box 333<br>Yerington, NV 89447 | Charles Price<br>24 Panavista Circle<br>Yerington, NV 89447 |
| Theodore A. and Annette M. Emens<br>5A W. Pursel Lane<br>Yerington, NV 89447 | John Gustave Ritter III<br>34 Aiazzi Lane<br>Yerington, NV 89447 |
| L & M Family Limited Partnership<br>Rife Sciarani & Co, RA<br>22 HWY 208<br>Yerington, NV 89447 | Sceirine Fredericks Ranch<br>c/o Todd Sceirine<br>3100 Hwy 338<br>Wellington, NV 89444 |
| Wallace J. & Linda P. Lee<br>904 W. Goldfield Ave.<br>Yerington, NV 89447 | Silverado, Inc.<br>Gordon R. Muir, RA<br>One E. Liberty St., Suite 416<br>Reno, NV 89501 |

C-125-B/C-125-C: Mineral County Request for Extension

11

| | | |
|---|---|---|
| 1 | Joseph J. Bessie J. Lommori Trust, Joseph J. & Bessie J. Lommori, Trustees | Daniel G. & Shawna S. Smith P.O. Box 119 |
| 2 | 710 Pearl Street | Wellington, NV 89444 |
| 3 | Yerington, NV 89447 | |
| 4 | Cynthia Menesini 111 N. Hwy 95A | Christy De Long & Kirk Andrew Stanton 27 Borsini Lane |
| 5 | Yerington, NV 89447 | Yerington, NV 89447 |
| 6 | Cynthia Nuti | Jerry E. Tilley Trust, Jerry E. Tilley, Trustee |
| 7 | P.O. Box 49 Smith, NV 89430 | 11418 S. 105th E. Ave Bixby, OK 74008 |
| 8 | | |
| 9 | Nancy J. Nuti P.O. Box 49 | Susan Steneri P.O. Box 478 |
| 10 | Smith, NV 89430 | Yerington, NV 89447 |
| 11 | Athena Brown, Superintendent Western Nevada Agency | R. C. Howard Hale Lane Peek, Dennison & Howard |
| 12 | Bureau of Indian Affairs 311 E. Washington Street | 5441 Kietzke Lane Suite 200 |
| 13 | Carson City, NV 89701-4065 | Reno, NV 89511 |
| 14 | George M. Keele | Gary A. Sheerin |
| 15 | 1692 County Road Suite A | Gary A. Sheerin, Law Office of 177 W. Proctor Street, Suite B |
| 16 | Minden, NV 89423 | Carson City, NV 89703 |
| 17 | Walker Lake Water Dist. G.I.D. | David Moser |
| 18 | Walker Lake GID 175 Wassuk Way | McCutchen, Doyle, Brown, et.al. Three Embaracadero Center |
| 19 | Walker Lake, NV 89415 | Suite 1800 San Francisco, CA 94111 |
| 20 | | |
| 21 | Gary Stone Water Master | James Fousekis 2848 Garber Street |
| 22 | 290 South Arlington Ave. Reno, NV 89501 | Berkeley, CA 94705 |
| 23 | | |
| 24 | Mary Rosaschi P.O. Box 22 | William K. Vicencio P.O. Box 478 |
| 25 | Wellington, NV 89444 | Yerington, NV 89447 |
| 26 | | _____/s/_____ NOEL SIMMONS |
| 27 | | |
| 28 | C-125-B/C-125-C: Mineral County Request for Extension | |

12