Greg Addington, Assistant U.S. Attorney
Susan L. Schneider, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
999 – 18th Street, Suite 370
Denver, Colorado 80202
(303) 844-1348
susan.schneider@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) IN EQUITY NO. C-125 |
| Plaintiff, | ) SUBFILE NO. C-125-B |
| | ) 3:73-cv-00127-ECR-LRL |
| WALKER RIVER PAIUTE TRIBE, | ) |
| | ) **UNOPPOSED MOTION FOR** |
| Plaintiff-Intervenor, | ) **EXTENSION OF TIME TO FILE** |
| | ) **RESPONSE TO WALKER RIVER** |
| v. | ) **IRRIGATION DISTRICT'S** |
| | ) **OBJECTIONS TO RULINGS OF** |
| WALKER RIVER IRRIGATION DISTRICT, | ) **MAGISTRATE JUDGE WITH** |
| a corporation, et al., | ) **RESPECT TO PROPOSED ORDER** |
| | ) **CONCERNING SERVICE CUT-OFF** |
| Defendants. | ) **DATE** |
| | ) ORDER GRANTING |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 6-1 and LR 6-2, counsel for the United States of America ("United States") and the Walker River Paiute Tribe ("Tribe") move the Court for an order extending the time for them to file their response to the Walker River Irrigation District's Objections to Rulings of Magistrate Judge With Respect to Proposed Order Concerning Service Cut-Off Date (#1663) from on or before October 24 2011, to on or before December 2, 2011.

In support of the Motion, counsel for the United States and the Tribe represent the following:

1. Pursuant to LR IB 3-1 and rule 6(d) of the Federal Rules of Civil Procedure, the current deadline to file responses is October 24, 2011. The United States and the Tribe anticipate filing a joint response, which effort requires coordination among them.

2. At the request of the United States, the Tribe and Mineral County, the proposed Plaintiff-Intervenor in subproceeding C-125-C (collectively the "Plaintiff Parties"), Magistrate Judge Leavitt held a telephonic status conference on October 19, 2010, to address pending service issues. (Order, C-125-B, # 1598; C-125-C, #512).

3. Pursuant to the status conference and by Stipulation and Order dated December 9, 2010, and December 15, 2010, respectively, the Court established a schedule for filing proposed service cutoff and successor-in-interest orders in C-125-B and C-125-C, as well as memoranda related to objections, if any, to the proposed orders. (C-125-B, #1616; C-125-C, #518).

4. Pursuant to the Court's direction, on November 30, 2010, the United States and the Tribe filed a proposed Service Cut-Off Order in subproceeding C-125-B, and the Plaintiff Parties filed joint proposed Successor-In-Interest Orders in subproceedings C-125-B and C-125-C. (C-125-B, ## 1613, 1614; C-125-C, # 516).

5. In late 2010 and early 2011, the Court extended the filing deadlines related to the proposed orders three times, twice for the Primary Defendants and once for the Plaintiff parties. (C-125-B, ## 1617, 1620, 1627; C-125-C, ## 519, 521, 528).

6. After briefing was complete in early 2011, on August 24, 2011, Magistrate Judge Leavitt issued identical Revised Proposed Orders Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceedings C-125-B and C-125-C. (C-125-B, # 1649; C-125-C, #540).

7. On August 26, 2011, Magistrate Judge Leavitt issued an Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceeding C-125-B.  (C-125-B, # 1650).

8. On September 6, 2011, Magistrate Judge Leavitt issued an identical Amended Order Concerning Service Issues pertaining to Defendants Who Have Been Served in subproceeding C-125-C.  (C-125-C, # 542).

9. The amended orders contained attachments not included in the Orders of August 24, 2011, but are otherwise identical.

10. On September 12, 2011, WRID filed Objections to Rulings of Magistrate Judge With Respect to Revised Proposed Orders and Amended Orders Concerning Service Issues Pertaining to Defendants Who Have Been Served, challenging the Magistrate Judge's August 24, August 26, and September 6 Orders.  (C-125-B, ## 1652, 1653; C-125-C, ## 543, 544.  Circle Bar N Ranch, LLC, and Mica Farms, LLC joined in WRID's objections.  (C-125-B # 1654; C-125-C, #545).

11. On September 19, 2011, the Magistrate Judge issued an Order Concerning Service Cut-Off Date.  (C-125-B, # 1656).

12. Because the Plaintiff Parties plan to submit a joint response to WRID's objections regarding successor-in-interest issues, and because the Attorneys for Mineral County were about to commence a lengthy administrative hearing that is scheduled to run through November 18, 2011, Plaintiff Parties sought and Defendants concurred in an extension of time within which to file this response.  The Court has granted an extension of time within which the response to the successor-in-interest objections is to be filed until December 2, 2011.  (C-125-B, #1661; C-125-C, #549).

13. On October 6, 2011, WRID filed Objections to Rulings of Magistrate Judge With Respect to Proposed Order Concerning Service Cut-Off Date, challenging the Magistrate Judge's Order Concerning Service Cut-Off Date (C-125-B, ## 1663, 1664).  Circle Bar N Ranch, LLC, and Mica Farms, LLC joined in WRID's objections.  (C-125-B # 1665).

14. To some extent, WRID's objections regarding the Order Concerning Service Cut-Off Date appear to address successor-in-interest issues as well.  As a result, it is logical that the response regarding the objections to both Orders addressed herein, be made on the same timetable.

15. Therefore, the United States and the Tribe request an extension until December 2, 2011, in which to file a joint response to WRID's objections to the Order Concerning Service Cut-off Date.

16. Counsel for the United States has contacted counsel for Primary Defendants concerning this request for an extension and none of the Primary Defendants has objected to it.

NOW, THEREFORE, based upon the foregoing, the United States and the Tribe respectfully request that the Court grant this Unopposed Motion, and extend the time for them to file any responses to on or before December 2, 2011.

Respectfully Submitted,

U.S. DEPARTMENT OF JUSTICE

By:  /s/ Susan L. Schneider
      Susan L. Schneider, Trial Attorney
Environment and Natural Resources Div.
999 – 18th Street, Suite 370
Denver, Colorado, 80202
*Attorney for Untied States of America*

WALKER RIVER PAIUTE TRIBE

By: <u>Wes Williams Jr.  (by SLS)</u>
      Wes Williams Jr.
Nevada Bar No. 06864
3119 Pasture Rd.
P.O. Box 100
Schurz, Nevada 89427
*Attorney for Walker River Paiute Tribe*

**<u>ORDER</u>**

Dated:  November 4, 2011.

IT IS SO ORDERED.

                                               /s/ Edward C. Reed
                                               United States District Judge

3:73-cv-127-ECR-RAM