**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | IN EQUITY NO. C-125-ECR <br> Subproceeding: C-125-B <br><br> 3:73-CV-0127-ECR-WGC <br><br> Revised ORDER <br> CONCERNING SIXTEENTH REPORT <br> OF THE UNITED STATES OF <br> AMERICA CONCERNING STATUS OF <br> SERVICE ON CERTAIN PERSONS <br> AND ENTITIES AND REQUEST FOR <br> GUIDANCE |

This Order follows the United States of America's ("United States") filing of its *Sixteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities and Request for Guidance,* Case No. C-125, Subproceeding C-125-B (Oct. 14, 2010, Doc #B-1609) ("Sixteenth Service Report") and this Court's review of this matter during its Status Conferences on February 6 and March 13, 2012.

The Court hereby FINDS that the twelve persons and entities identified in the Sixteenth Service Report do not fall within the categories of persons and entities to be served, as identified in Paragraph 3 of the Case Management Order (April 18, 2000, Doc. #B-106). Based on this determination, the Court approves the United States' request that the persons and entities identified in Attachment A to this Order be dismissed. The Court notes that two entities identified in the Sixteenth Service Report are not included in Attachment A because they and/or the persons associated with them are defendants based on other water rights: 1. American Land & Leisure, Inc., dba Falling Rock Marina, Lee and Cheryl McCoy; and 2. Twin Lakes Enterprises, Inc., dba Twin Lakes Store and Twin Lakes Resort.

The Court further notes that these dismissals are **without prejudice** because at future point in this subproceeding, the Court may determine pursuant to the Case Management Order that additional categories of persons and entities should be joined as parties, which additional categories may include some or all of the persons and entities being dismissed without prejudice by this Order.

The Court hereby ORDERS that the persons and entities identified in "Attachment A" to this Order are DISMISSED, without prejudice.[1]

IT IS SO ORDERED this 20th day of March, 2012.

_____
William G. Cobb
United States Magistrate Judge

---

[1] All other dismissals related to the Court's prior service Orders in connection with the United States' prior service reports are also without prejudice.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | IN EQUITY NO. C-125-ECR |
| Plaintiff, | Subproceeding: C-125-B |
| WALKER RIVER PAIUTE TRIBE, | 3:73-CV-0127-ECR-WGC |
| Plaintiff-Intervenor, | ATTACHMENT A TO THE ORDER CONCERNING SIXTEENTH REPORT |
| vs. | OF THE UNITED STATES OF AMERICA CONCERNING STATUS OF |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | SERVICE ON CERTAIN PERSONS AND ENTITIES AND REQUEST FOR GUIDANCE: LIST OF PERSONS AND |
| Defendants. | ENTITIES TO BE DISMISSED |

The following persons and entities are DISMISSED, without prejudice, from this action pursuant to the *Order Concerning Sixteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities and Request for Guidance*, Case No. C-125, Subproceeding C-125-B (Oct. 14, 2010):

1. Alpine Property Management, Inc. (dba Paradise Shores RV Park)
2. Maynard M. Enos and Anne L. Enos Revocable Trust Agreemant Dated March 16, 1995 (dba Willow Springs Motel and RV Park)
3. Avery C. Gilleland (dba Walker Burger)
4. Theresa Gilleland (dba Walker Burger)
5. Sandra Marshall Living Trust (dba Sierra Retreat)
6. Jeffery H. Hinds (dba Mountain View Barbeque)
7. Michele C. Hinds (dba Mountain View Barbeque)
8. Charles A. Baker, Jr. Family Trust (dba Big Meadow Lodge)
9. James Edgar Little (dba Virginia Creek Settlement)
10. Brinn Ellen Little (dba Virginia Creek Settlement)
11. The Fesco Family Trust (dba Meadowcliff Lodge)
12. Cal-Coast Marine, Inc.
13. L.A. and C.R. Harlander Trust
14. Bridgeport Reservoir Recreation Area, Inc. (dba Bridgeport Reservoir Boat Landing)
15. Stevens Family Trust (dba Topaz Lake RV Park)

//