# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　　Plaintiff-Intervenor,<br>　vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　　Defendants.<br>_____<br>MINERAL COUNTY,<br>Proposed-Plaintiff-Intervenor,<br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.<br><br>Proposed Defendants.<br>_____ | IN EQUITY NO. C-125-ECR<br>Subproceedings: C-125-B & C-125-C<br>3:73-CV-00125-ECR-WGC<br>3:73-CV-00127-ECR-WGC &<br>3:73-CV-00128-ECR-WGC<br><br><br>**ORDER REGARDING**<br>**CERTAIN ISSUES ADDRESSED AT THE**<br>**STATUS CONFERENCE OF MARCH 13,**<br>**2012** |

　　　　This Order addresses certain issues considered by the Court on March 13, 2012, during its Status Conference with the primary parties in Case No. C-125 and subproceedings C-125-B and C-125-C.

**1. Requests for Removal from Mailing List in C-125-B by Mary Rosachi (Doc. #B-1691) and Walker General Inc. (Doc. #B-1692).**

　　　　Several years ago, Magistrate Judge McQuaid determined that while the Court addressed preliminary case management issues, service of filed documents should be limited to the primary parties. (Doc. # B-1300, Feb. 1, 2008). It appears that Mary Rosachi and Walker General, Inc. have been included on the Certificate of Service in error. During the Status Conference of

March 13, 2012, the Court determined it was appropriate to remove both defendants from the service list.  It is hereby ORDERED that Mary Rosachi and Walker General, Inc. shall be removed from the Court's Certificate of Service in compliance with the Order of February 1, 2008 (Doc. #1300).    In addition, by separate Order, Walker General, Inc. has been dismissed from this action because it does not fit within the categories of persons and entities that the Court directed to be included in this subproceeding.  *Order Concerning Sixteenth Report of the United States of America Concerning Status of Service on Certain persons and Entities and Request for Guidance* (Doc. # B-1701, Mar. 20, 2012).  This and all other dismissals are without prejudice because at some future point in this subproceeding, the Court may determine pursuant to the Case Management Order that additional categories of persons and entities should be joined as parties, which additional categories may include some or all of the persons and entities previously dismissed.

2.      **Clarification of Order Regarding Service by the Clerk's Office (Doc. #B-1300, Feb. 1, 2008).**

The Court hereby clarifies that Magistrate Judge McQuaid's Order of February 1, 2008 (Doc. #B-1300) limiting service of filed documents to the primary parties during preliminary case management efforts, also applies to all attorneys in this subproceeding who are registered for e-service with the Court's CM/ECF system, so that they too can limit their service of documents in the same manner as the Clerk's Office was directed to do.  This clarification is intended to prevent unnecessary mailings by the parties during the preliminary case management efforts in this subproceeding and is consistent with the *Case Management Order* (Doc. #B-108, Apr. 19, 2000), which states, among other things that no Answers or other pleadings will be required except upon further order of the Magistrate Judge.

3. **Proof of Service (Number Five), C-125-B (Doc. #B-1670, Nov. 30, 2011).**

None of the parties present at the March 13, 2012, Status Conference raised any objections to this Proof of Service. The Court deems that the persons and entities listed on this Proof of Service have been properly served.

4. **United States Board of Water Commissioners (Doc. #B-1693; Doc. #B-1694).**

The Court finds that the United States Board of Water Commissioners ("Board") may serve and file documents in these actions and should be served herein with any document required to be served under the Federal Rules of Civil Procedure. The Court understands that the Walker River Paiute Tribe has raised a variety of issues with the Board, and does not address these issues at this time.

IT IS SO ORDERED this 16th day of April, 2012.

_____
Hon. William G. Cobb
United States Magistrate Judge