# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, *et al.,* ) <br> ) <br> Defentans. ) <br> _____ ) | Case No.: <br> IN EQUITY NO.:   C-125-RCJ <br> Subproceedings:   C-125-B <br> 3:73-CV-00127-RCJ-WGC <br> **ORDER** |

Currently before the Court is a Motion to Admit Government Attorneys (David L. Negri and Andrew "Guss" Guarino) (#1919).

## DISCUSSION

The U.S. Attorney for the District of Nevada requests that this Court permit David L. Negri and Andrew "Guss" Guarino to practice before this Court in all matters on behalf of the federal plaintiffs in this case. Mr. Negri is an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, with his office located in Boise, Idaho. Mr. Negri is an active member in good standing of the Idaho, Utah, Colorado and New Mexico Bars. Mr. Guarino is an attorney employed by the United States Department of Justice, Indian Resources Division, with his office located in Denver Colorado. Mr. Guarino is an active member in good standing of the Colorado, Utah, New Mexico and Navajo Nation Bars.

Nevada Local Rule IA 10-3 provides that: *"Unless otherwise ordered by the Court*, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment." Nev. Loc. R. IA 10-3 (emphasis added).

The Court denies the motion to permit appearance at this time. Before the Court will permit Mr. Negri and Mr. Guarino to practice before this Court, the Court requires a showing that the Nevada admitted Assistant United States Attorneys in our judicial district are incapable of handling this matter.

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Motion to Admit Government Attorneys (David L. Negri and Andrew "Guss" Guarino) (#1919) is DENIED.

DATED: This 15th day of January, 2014.

_____
United States District Judge

2