DANIEL G. BOGDEN
United States Attorney, District of Nevada

GREG ADDINGTON
Assistant United States Attorney, Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) IN EQUITY NO. C-125-RCJ |
| | ) Subproceedings: C-125-B |
| Plaintiff, | ) 3:73-CV-00127-RCJ-WGC |
| | ) |
| WALKER RIVER PAIUTE TRIBE, | ) |
| | ) |
| Plaintiff-Intervenor, | ) **MOTION TO ADMIT GOVERNMENT** |
| vs. | ) **ATTORNEYS (David L. Negri and Andrew** |
| | ) **"Guss" Guarino)** |
| WALKER RIVER IRRIGATION DISTRICT, | ) |
| a corporation, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of <u>David L. Negri</u> and <u>Andrew "Guss" Guarino</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as attorneys.

    David L. Negri has been a licensed attorney since 1985. Mr. Negri is a member in good standing of the State Bar of Idaho (Bar # 6697), the State Bar of Utah (Bar # 7090), the State Bar of Colorado (Bar # 15176), and the State Bar of New Mexico (Bar # 8717). Since 2000, Mr. Negri has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, and his office is located in the United States Attorney's office in Boise, Idaho. Mr. Negri has never been subject to any disciplinary action by any bar.

    Andrew "Guss" Guarino has been a licensed attorney since 1992. Mr. Guarino is a member in good standing of the State Bar of Colorado (Bar # 21,864), the State Bar of Utah (Bar

1

# 6,738), the State Bar of New Mexico (Bar # 7,920), and the Navajo Nation. Since 2007, Mr. Guarino has been an attorney employed by the United States Department of Justice, Indian Resources Division, and his office is located in Denver, Colorado. Mr. Guarino has never been subject to any disciplinary action by any bar.

LR-IA-10-3 provides that " [u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment." During previous court hearings in this matter, the Court has referenced this Local Rule and noted that it would grant a motion to admit Mr. Negri and Mr. Guarino pursuant to the Rule.

It is respectfully requested that an Order be issued permitting David L. Negri and Andrew "Guss" Guarino to practice before this Court during the period of their employment by the United States as attorneys.

Dated: August 7, 2013                              Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney, District of Nevada

 /Greg Addington/
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 2, 2014

2