DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | IN EQUITY NO. C-125-RCJ |
| | Subproceedings: C-125-B |
| Plaintiff, | 3:73-CV-00127-RCJ-WGC |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| v. | |
| | **UNITED STATES' MOTION TO STAY** |
| WALKER RIVER IRRIGATION DISTRICT, | **BRIEFING DEADLINE** |
| a corporation, et al., | |
| Defendants. | |

The United States of America ("United States"), by and through the United States Attorney for the District of Nevada, moves this Court to stay the May 31, 2014, deadline for the United States to respond to Motions to Dismiss filed and joined by various Defendants on March 31, 2014. Such deadline was established in the briefing schedule provided by the Court in its November 4, 2013, Minutes of Proceedings. ECF No. 1958. The following grounds are presented in support of this Motion.

1

1. At the time that the Court set the current briefing schedule, Andrew Guarino and David Negri, attorneys with the Department of Justice's Environment and Natural Resources Division ("ENRD"), had been assigned responsibility for this litigation and had regularly appeared in this Court as counsel for the United States – Mr. Guarino since December, 2012, in this case and Mr. Negri since August, 2003, in this and other cases.

2. As explained in the United States' Motion For Expedited Reconsideration (ECF No. 1970), the Court had previously mentioned a local rule providing for appearances by government counsel upon motion by the United States Attorney for the District of Nevada and stated, in regards to Mr. Guarino and Mr. Negri, that it "will in fact grant the motion of the local U.S. Attorney to allow you to appear." Accordingly, the U.S. Attorney for the District of Nevada then filed a motion to permit the appearance of Mr. Guarino and Mr. Negri on behalf of the United States during the period of their employment by the United States. ECF No. 1919. On January 15, 2014, subsequent to establishment of the briefing schedule at issue, the Court issued an Order denying the motion to appear ("Order"). ECF No. 1968.

3. The United States, on January 29, 2014, moved the Court for expedited reconsideration of its Order denying admission of government attorneys (ECF # 1970) ("Motion for Expedited Reconsideration"). As explained more fully in the United States' Motion for Expedited Reconsideration, which explanation the United States incorporates herein by reference, Congress has granted the Attorney General sole authority to determine how litigation under his supervision will be staffed and the Court's Order infringes upon that authority by directing that only the U.S. Attorney's Office for the District of Nevada may represent the United States in this litigation so long as it is not incapable of handling the matter. The United States further explained that expedited reconsideration of the United States' Motion

to Admit Government Attorneys is appropriate in consideration of the briefing schedule that the United States hereby moves to stay.

4. As a result of the Court's Order, Mr. Guarino and Mr. Negri are prevented from representing the United States in this action and the United States is left without counsel designated by the Attorney General to appear on behalf of the United States in this action. Consequently, the United States is presently unable to respond to the Motions to Dismiss.

**WHEREFORE**, the United States requests that the Court stay the May 31, 2014, deadline for the United States' responses pending action by the Court on the United States' Motion For Expedited Reconsideration.

Dated: April 15th , 2014

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

   Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

ORDER

IT IS SO ORDERED this 2nd day of June, 2014.

_____
ROBERT C. JONES

3