1  Wes Williams Jr.
   Nevada Bar #6864
2  Law Offices of Wes Williams Jr.
   A Professional Corporation
3  3119 Lake Pasture Rd.
   P.O. Box 100
4  Schurz, Nevada  89427
   (775)773-2838
5  wwilliams@stanfordalumni.org
   Attorney for the Walker River Paiute Tribe

6

7               UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9

10  UNITED STATES OF AMERICA,          )
11                                     )3:73-CV-00127-RCJ-WGC
            Plaintiff,                 )
12                                     )IN EQUITY NO. C-125-ECR
                                       )Subproceeding:  C-125-B
13  WALKER RIVER PAIUTE TRIBE,         )
                                       )
14          Plaintiff-Intervenor,      )**WALKER RIVER PAIUTE TRIBE'S**
                                       )**MOTION TO STAY BRIEFING**
15      vs.                            )**DEADLINE AND JOINDER IN UNITED**
                                       )**STATES' MOTION TO STAY BRIEFING**
16  WALKER RIVER IRRIGATION            )**DEADLINE**
    DISTRICT,                          )
17  a corporation, et al.,             )
                                       )
18                                     )
            Defendants.                )
19  _____ )

20      The  WALKER  RIVER  PAIUTE  TRIBE  ("Tribe"),  by  and  through  its  attorney  Wes
21  Williams Jr. of the Law Offices of Wes Williams Jr., P.C., hereby respectfully requests that the
22  Court enter its order staying the briefing schedule established by the Court (Doc. 1958) for the
23  Tribe and the United States to respond to various defendants' motions to dismiss. The Tribe also
24  joins the United States' motion (Doc 1988) to stay the May 31, 2014 deadline for the Tribe and
    the United States to respond to the motions to dismiss filed by various defendants on March 31,
25  2014.
26      This motion is based on the inability of Department of Justice Attorney Andrew Guarino
27  to appear in this case at this time.  Mr. Guarino represents the Bureau of Indian Affairs of the
28

Department of the Interior, which acts as the trustee for the Tribe in relation to the Tribe's water rights in the Walker River decree and in relation to the claims for additional water asserted by the Tribe and the United States in this subproceeding.  Mr. Guarino works in the Department of Justice's Environmental and Natural Resources Division, Indian Resources Section.   In this capacity, he has developed a specialized expertise in natural resources protection and Indian water rights litigation.  The Tribe supports Mr. Guarino's motion (Doc. 1919) to be admitted to practice in the Federal District Court for the District of Nevada and to, in part, represent the United States' trust interests to the Tribe.  Mr. Guarino's expertise is needed to properly and adequately prepare responses to the pending motions to dismiss.  If he cannot participate in responding to these motions, the Tribe fears the United States will be breaching its trust duties to the Tribe.  Upon information and belief, no U.S. attorneys in the Nevada office have adequate experience in water rights and particularly Indian water rights litigation, so cannot properly and adequately represent the United States' trust duties to the Tribe.

For these reasons, the Tribe respectfully requests that the Court enter its order staying the briefing schedule to respond to the pending motions to dismiss until Mr. Guarino's status to appear in this case is resolved, and the Tribe and the United States have sufficient time to work together to prepare responses to the pending motions to dismiss.

RESPECTFULLY SUBMITTED this 22nd day of April 2014.

LAW OFFICES OF WES WILLIAMS JR., P.C.

By   /s/  Wes Williams Jr.
   Wes Williams Jr.
   3119 Pasture Road
   P.O. Box 100
   Schurz, Nevada  89427
   Attorney for Walker River Paiute Tribe

ORDER

IT IS SO ORDERED this 2nd day of June, 2014.

_____
ROBERT C. JONES

2