**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>           Plaintiff,                              )<br>                                                          )<br>                                                          )<br>WALKER RIVER PAIUTE TRIBE,       )<br>                                                          )<br>           Plaintiff-Intervenor,                )<br>                                                          )<br>     vs.                                                )<br>                                                          )<br>WALKER RIVER IRRIGATION DISTRICT, )<br>a corporation, et al.,                            )<br>                                                          )<br>           Defendants.                           )<br>_____ ) | IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-B<br><br>3:73-CV-0127-RCJ-WGC<br><br>ORDER CONCERNING<br>EIGHTEENTH REPORT OF THE<br>UNITED STATES OF AMERICA<br>CONCERNING STATUS OF SERVICE<br>ON CERTAIN PERSONS AND<br>ENTITIES |

This Order follows the United States of America's ("United States") filing of its *Eighteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities,* Case No. C-125, Subproceeding C-125-B (November 21, 2013, Doc. #B-1953) ("Eighteenth Service Report").

Any comments or objections were to be made no later than December 21, 2013. The United States reports that by December 21, 2013, the United States was contacted by two individuals with the following comments. Bill Brandt for the Silvester 2011 Revocable Trust contacted the United States concerning Patricia Alexander and informed the United States that Ms. Alexander was not at his address as the United States had previously believed. Additionally, Ned Welsh (for himself and Diane Welsh) informed the United States that their property is on an irrigation ditch. As a result, the United States will update Ms. Alexander's address in the event it determines Ms. Alexander's correct address in the future and the United States requests the dismissal of Ned and Diane Jeanne Welsh.

The Court hereby APPROVES AND ORDERS the relief requested therein by the United States.

"Attachment A" to this Order is a list of persons and entities who are hereby DISMISSED from this action pursuant to this Order. "Attachment B" to this Order is a list of persons and entities for which the Court has determined SERVICE IS COMPLETE, based on the above Eighteenth Service Report. "Attachment C" to this Order is a list of corrections to the

1

ORDER CONCERNING EIGHTEENTH REPORT OF THE UNITED STATES OF AMERICA CONCERNING
STATUS OF SERVICE ON CERTAIN PERSONS AND ENTITIES

caption in this case.

      The Court hereby ORDERS that the persons and entities identified in "Attachment A" to this Order are DISMISSED, without prejudice.[1]

                              IT IS SO ORDERED this 9th day of September, 2014.

                              _____
                              Hon. William G. Cobb
                              United States Magistrate Judge

---

[1] All other dismissals related to the Court's prior service Orders in connection with the United States' prior service reports are also without prejudice.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>WALKER RIVER PAIUTE TRIBE, )<br>)<br>Plaintiff-Intervenor, )<br>vs. )<br>)<br>WALKER RIVER IRRIGATION DISTRICT, )<br>a corporation, et al., )<br>)<br>Defendants. )<br>) | IN EQUITY NO. C-125-RCJ<br>Subproceedings: C-125-B<br><br>3:73-CV-00127-RCJ-WGC<br><br>ATTACHMENT A TO THE ORDER<br>CONCERNING EIGHTEENTH REPORT OF<br>THE UNITED STATES OF AMERICA<br>CONCERNING STATUS OF SERVICE ON<br>CERTAIN PERSONS AND ENTITIES:<br>LIST OF PERSONS AND ENTITIES TO BE<br>DISMISSED |

The following persons and entities are DISMISSED, without prejudice, from this action pursuant to the *Order Concerning Eighteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (November 21, 2013):

Abel-Stein Revocable Trust
Ames, Mariann K.
Ames, Terry L.
Antelope Ridge, LLC
Antelope Valley Fire District
Ashurst, Gary
Auchoberry, Gary
Auchoberry, Larry
Auchoberry, Nicole
Barajas, Juan
F.E. and L.C. Bernard Trust 11/15/94
Billeb, James
Bonfiglio, Brad
Bonfiglio, Susan
Borda Family Limited Partnership
Briggs Living Trust dtd 2/18/10
Bruzda, Kenneth L.

3

Calneva Cattle Co.
Carpenter, Wilfred
Chichester, Lloyd
Cochran, Lauretta
Cochran, Phillip A.
Cook, Dan E.
Cook, Gina M.
Harold and Barbara Curti Family Trust dtd 2/1/2001
Elliott, Chad
Elliott, Rebecca A.
Espinosa, Patricia Y.
Sandee Finch Revocable Trust
Ford, Victoria Jane
Foster, Linda Beth
Foster, Samuel Lee
Dennis R. Fowler & SuAnne B. Fowler Living Trust
Fedchenko Family Trust
Garbinski, Charles R.
Gentry, Glen Edward
Giberti Trust Agreement 7-28-2008
Grant, Jennie L.
Hancock Trust 2-06-02
Harris Revocable Family Trust 10/10/1994
Heinen Trust dtd 5-10-04
Hernandez, Magdaleno
Hernandez, Maria
Hillman Family Trust
Hindes, Cynthia A.
Hoffmann, Kathleen A.
Hoffmann, Walter J.
Hughes, Estate of Eva
Hughes, George
Hummel, Glen Edward
Hummel, Kerry A.
Johnson, Janice L.;
Johnson, Laurence W.
Jones, Julie Ann Swaffar-
King, Sandra L.
Lattin, Jean C.
Lattin, Richard S.
Lopresto, Shane
Lopresto, Tessa
LPD Ranch Trust dtd 10/25/2006
Lynn, Robert H.
Mann Family Partnership
Mason, Dorothy Lee
Mason, Dorothy
McKay Brothers Cattle Company

ORDER CONCERNING EIGHTEENTH REPORT OF THE UNITED STATES OF AMERICA CONCERNING STATUS OF SERVICE ON CERTAIN PERSONS AND ENTITIES

Michaels, Terry C.
Miller, James R.
Miller, Margaret E.
Morikawa, Grace M.
Morikawa, William T.
Murray Living Trust dtd 5/1/07
Mike Patton Family Trust dtd 2/11/1992
Phillips, Franklyn
Phillips, Irene L.
Price, Nelle
Prior, Nadine
Pucillo, Georgeanne Fulstone-
Quinlan/Tiernan Family Trust
Rae, Kelly
Reeves, J.E.
Reinwald 2002 Trust
Robbins, David L.
Robbins, Susan L.
Roberts, Clark O.
Schoettler, James D.
J.H. Schoettler Trust dtd 11/1/07
Schoettler, Katherine
Silvester 2011 Revocable Trust
Smith, Bonnie
Smith, Gary R.
Stone, Cynthia L.
Stone, Daniel G.
Telles, Lucy
Tener, Kathleen B.
Tener, Patrick M.
Thrift, Kenneth Earl
Tiernan, Carolyn J.
Tom, Richard
Torley, Susan G.
Vansyoc, Dennis H.
Walker, L.R.
Warner, David L.
Warner, Virginia
Weaver, Jessica M.
Weaver, Kelly C.
Wehausen, John D.
Welsh, Diane Jeanne
Welsh, Ned
Willow Stay Ranch, LLC
Wilson, Alice M.
WRL, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) IN EQUITY NO. C-125-RCJ |
| | ) Subproceedings: C-125-B |
| WALKER RIVER PAIUTE TRIBE, | ) |
| | ) 3:73-CV-00127-RCJ-WGC |
| Plaintiff-Intervenor, | ) |
| vs. | ) ATTACHMENT B TO THE ORDER |
| | ) CONCERNING EIGHTEENTH REPORT OF |
| WALKER RIVER IRRIGATION DISTRICT, | ) THE UNITED STATES OF AMERICA |
| a corporation, et al., | ) CONCERNING STATUS OF SERVICE ON |
| | ) CERTAIN PERSONS AND ENTITIES: |
| Defendants. | ) LIST OF PERSONS AND ENTITIES FOR |
| | ) WHOM SERVICE IS COMPLETE |
| | ) |

    The Court has determined that service is complete upon the following persons and entities in this action pursuant to the *Order Concerning Eighteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (November 21, 2013):

69 Ranch, Inc.
Alexander, Patricia
Annett, Allen J.
Annett, Lori A.
Baima, Sandra K.
Baima, Thomas F.
Big Hot Springs Ranch, LLC
Billeb, Estate of Carmel
Billeb, Gregory P.
Billeb, Jeffery
Billeb, Stephen L.
Deanna L. Bonini Living Trust
Bostrom, Robert F.
Brandon, Arnold Dean
Brandon, Shane
Brandt, Robert J.
Bridge Street Development, LLC
The Francis J.M. Brooks 1983 Trust

Lynette L. Brooks Survivors Trust
Brunson, Terese C.
Bryant, Beverlee
Bryant, William
Leontine Bundy-Nappe 2009 Trust
Cano, Albert G.
Carruth Family Trust
The John and Shirley Cecil Revocable Living Trust, Dated October 15, 2004
Clark Family Trust dtd 6-11-2009
Clifton, Charles G.
Coffron, James R.
Coffron, Judith M.
Curti, Harold J. Jr.
Curti, Judith A.
Curti, Michael D.
Curti Ranch, LLC
Daniels, Vickie
Davis, Diane L.
Delk Family Trust
Denton Family Trust
KJ Eaton Family Trust dtd 10-25-11
Eitel, Estate of Henry W.
Emery, Dawne E.
Maynard M. Enos and Anne L. Enos Rev. Trust Under Trust Agreement Dated March 16, 1995
Farias, Leslie
John H. Felber Trust dtd 9/4/2002
Freer Family Trust dtd 11/25/03
Barton Edward Fulstone & Margaret Alta Fulstone Family Trust dtd 10/11/1990
Fulstone, Suellen
Gilleland Jr., Avery C.
Gilleland, Teresa
George W. Gilster & Carol D. Gilster Family Trust dtd 8/27/1990
Olive Mae Graves Trust
Green Creek, LLC
Hair, Rochelle C.
Hamlin, David
The Everett E. Harmon and Caroline F. Harmon Family Trust
Harper-Strathman Family Trust
Hatfield, Patricia L.
Hawkins, Cole C.
Heiman Family Trust
Residual Trust of the Heiman Family Trust
Henzie, John
Hickey Living Trust
Hilton, Martin Andrew

Hollender, George W.
Holmes Family Trust 04/06/2006
Hooker, Garrett M.
Hudeco, Inc.
Hussman, Mary F.
Laurence William & Janus Leta Johnson Trust/Survivors Trust dtd 12/7/205
J.S. Cain Co.
Karnazes Family Trust
Kemp Family Trust 7/28/1989
Kircher 2005 Rev. Trust
Kohr, John C.
Kopitch Family Trust dtd 5/16/08
Kurt, Diane
Kurt, Richard
Lafferty, Elizabeth
Lafferty, Elizabeth
Locke, Karen M.
Locke, Michael E.
Long 1997 Trust
Luman, Katherine
Luman, William
Lynn, Sherri
Lynn, Thomas
Madrigal, Maria C.
Nori and Toyoko Marumoto Family Trust
Michael L. May Trust 7/7/2010
McCoy Family Trust
McDevitt, Daniel P.
McDevitt, Sue L.
McPhee, Allen E.
Miller, Renee T.
Mills, Arleen D.
Mills, Jeffery L.
Mary F. Minamide Living Trust
Mono Land Company, LLC
Morehead, Elizabeth Riegle
Morris, Lori A.
Morris, Robert D.
Nevada Bighorns Unlimited, Reno Chapter
Newsome, Estate of Don T.
Ocskay, Oliver
Helen Okazaki Revocable Living Trust utd 8/8/1990
Ossofsky, William E.
Pahmeier, Gailmarie
Parker, Ralph L.

Lynda A. Pemberton Revocable Trust dtd 6-14-97

Prindiville Family Trust
Quilici, June Adams
Quilici, Paul Adams
The Revocable Living Trust dtd 1/11/1990
Robinson Trust dtd 02/03/98
Rudd, Laurie L.
Lynn M. Russell Rev. Trust 10-30-07
Salem, Helen
Salem, Mohamed
David Sceirine Trust dtd 8/8/2007
Joseph E. and Kay M. Sceirine Trust dtd 12/12/2007
Schoonover Family Trust
Sciarani, Arnold Mark
Segerstrom, David Charles
Sergieff, Estate of Nickoli
Sergieff, Sally C.
Sims, Leonard J.
Sims, Nancy W.
Smith Inter-Vivos Revocable Trust
Smith, Barbara
Souza, Gary L.
Stoffel Family Trust dtd 11/26/02
Stone Family Trust dtd November 25, 2008
Strong, Cordelia
Tackitt, Daniel A.
Tackitt, Johanna L.
Tallman, Lillian
Thacher Family Trust
Timpone, Caron A.
Timpone, Joseph R.
Topaz Partners, LLC.
Topaz Ranch, Inc.
Brad E. Valladon Trust dtd 9/22/11
Walker Baptist Church
Wall, Angela
Wall Jr., Earnest Gordan
Webb, Carolyn J.
Webb, John S.
White Trust dtd 11/6/1990
Woods, Eric H.
Woods, Merrilee G.
Woodworth, Alison
Woodworth, Bruce D.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,               ) | IN EQUITY NO. C-125-RCJ |
| ) | Subproceedings:  C-125-B |
| WALKER RIVER PAIUTE TRIBE,              ) | |
| ) | 3:73-CV-00127-RCJ-WGC |
| Plaintiff-Intervenor,                ) | |
| vs.                                    ) | |
| ) | ATTACHMENT C TO THE ORDER |
| WALKER RIVER IRRIGATION DISTRICT,) | CONCERNING EIGHTEENTH REPORT OF |
| a corporation, et al.,                      ) | THE UNITED STATES OF AMERICA |
| ) | CONCERNING STATUS OF SERVICE ON |
| Defendants.                ) | CERTAIN PERSONS AND ENTITIES: |
| ) | CORRECTIONS TO THE CAPTION |

The Court has determined that the following corrections to the caption in the above case shall be made pursuant to the *Order Concerning Eighteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (November 21, 2013):

The caption shall be changed from the Cecil Revocable Living Trust to the John and Shirley Cecil Revocable Living Trust, Dated October 15, 2004.

The caption shall be changed from Henry W. Eitel to the Estate of Henry W. Eitel.

Laurence William & Janus Leta Johnson Trust/Survivors Trust dtd 12/7/205 shall be added to the caption to replace Laurence William Johnson and Janus Leta Johnson as individuals.

The caption shall be changed from Richard Kurt to the Estate of Richard Kurt.

The caption shall be changed from Don T. Newsome to the Estate of Don T. Newsome.

Ralph L. Parker shall be added to the caption

The Stone Family Trust Dated November 25, 2008 shall be added to the caption to replace Daniel G. and Cynthia L. Stone.

The caption shall be revised from Cornelia Strong to C. Susan Strong.