# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | IN EQUITY NO. C-125-ECR |
| WALKER RIVER PAIUTE TRIBE, ) | Subproceeding: C-125-B |
| ) | |
| Plaintiff-Intervenor, ) | 3:73-CV-0127-RCJ-WGC |
| ) | |
| vs. ) | ORDER CONCERNING |
| ) | NINETEENTH REPORT OF THE |
| WALKER RIVER IRRIGATION DISTRICT, ) | UNITED STATES OF AMERICA |
| a corporation, et al., ) | CONCERNING STATUS OF SERVICE |
| ) | ON CERTAIN PERSONS AND |
| Defendants. ) | ENTITIES |
| ) | |

This Order follows the United States of America's ("United States") filing of its *Nineteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities,* Case No. C-125, Subproceeding C-125-B (August 8, 2014, Doc. #B-2057) ("Nineteenth Service Report").

Any comments or objections were to be made no later than September 7, 2014. The United States reports that by September 7, 2014, the United States received notification from Walker River Irrigation District related to a typographic error in paragraph 8 line b. It should read: Jake Alex Trujillo returned a Waiver of Service form for the Jake Alex & Betty Catherine Trujillo Rev Liv Trust.

The Court hereby APPROVES AND ORDERS the relief requested therein by the United States.

"Attachment A" to this Order is a list of persons and entities who are hereby DISMISSED from this action pursuant to this Order. "Attachment B" to this Order is a list of persons and entities for which the Court has determined SERVICE IS COMPLETE, based on the above Nineteenth Service Report. "Attachment C" to this Order is a list of corrections to the caption in this case.

The Court hereby ORDERS that the persons and entities identified in "Attachment A" to

1

this Order are DISMISSED, without prejudice.[1]

IT IS SO ORDERED this 10 day of  November , 2014.

_____
Hon. William G. Cobb
United States Magistrate Judge

---

[1] All other dismissals related to the Court's prior service Orders in connection with the United States' prior service reports are also without prejudice.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | IN EQUITY NO. C-125-RCJ <br> Subproceedings: C-125-B <br><br> 3:73-CV-00127-RCJ-WGC <br><br> ATTACHMENT A TO THE ORDER CONCERNING NINETEENTH REPORT OF THE UNITED STATES OF AMERICA CONCERNING STATUS OF SERVICE ON CERTAIN PERSONS AND ENTITIES: LIST OF PERSONS AND ENTITIES TO BE DISMISSED |

The following persons and entities are DISMISSED, without prejudice, from this action pursuant to the *Order Concerning Nineteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (August 8, 2014):

Park, Brooks
Park, Jeanne C.
Hollar, Linda D.
Thomas, Ami C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | IN EQUITY NO. C-125-RCJ |
| ) | Subproceedings: C-125-B |
| WALKER RIVER PAIUTE TRIBE, ) | |
| ) | 3:73-CV-00127-RCJ-WGC |
| Plaintiff-Intervenor, ) | |
| vs. ) | ATTACHMENT B TO THE ORDER |
| ) | CONCERNING NINETEENTH REPORT OF |
| WALKER RIVER IRRIGATION DISTRICT, ) | THE UNITED STATES OF AMERICA |
| a corporation, et al., ) | CONCERNING STATUS OF SERVICE ON |
| ) | CERTAIN PERSONS AND ENTITIES: |
| Defendants. ) | LIST OF PERSONS AND ENTITIES FOR |
| ) | WHOM SERVICE IS COMPLETE |
| ) | |

    The Court has determined that service is complete upon the following persons and entities in this action pursuant to the *Order Concerning Nineteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (August 8, 2014):

Bridges, Ann
Coutts, Karen
Coutts, Troy
Golden Sierra Investments, LLC
Pamela De Lindstrom Trust
George A. Pierce and Evangelina C. Pierce Revocable Living Trust
Segerstrom, Ann E.
Jake Alex & Betty Catherine Trujillo Rev. Liv. Trust

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                    ) | |
|         Plaintiff,                 ) | IN EQUITY NO. C-125-RCJ |
|                                    ) | Subproceedings: C-125-B |
| WALKER RIVER PAIUTE TRIBE,         ) | |
|                                    ) | 3:73-CV-00127-RCJ-WGC |
|         Plaintiff-Intervenor,      ) | |
|     vs.                            ) | |
|                                    ) | ATTACHMENT C TO THE ORDER |
| WALKER RIVER IRRIGATION DISTRICT,) | CONCERNING NINETEENTH REPORT OF |
| a corporation, et al.,             ) | THE UNITED STATES OF AMERICA |
|                                    ) | CONCERNING STATUS OF SERVICE ON |
|         Defendants.                ) | CERTAIN PERSONS AND ENTITIES: |
|                                    ) | CORRECTIONS TO THE CAPTION |

    The Court has determined that the following corrections to the caption in the above case shall be made pursuant to the *Order Concerning Nineteenth Report of the United States of America Concerning Status of Service on Certain Persons and Entities*, Case No. C-125, Subproceeding C-125-B (August 8, 2014):

(No caption corrections with this Order)