# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | IN EQUITY NO. C-125-RCJ-WGC |
| ) | Subproceedings C-125-B |
| Plaintiff, ) | |
| ) | |
| WALKER RIVER PAIUTE TRIBE, ) | 3:73-cv-00127-RCJ-WGC |
| ) | |
| Plaintiff-Intervenor, ) | |
| vs. ) | **MINUTES OF THE COURT** |
| ) | |
| WALKER RIVER IRRIGATION DISTRICT, ) | February 12, 2015 |
| a corporation, *et al.*, ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER:     NONE APPEARING

COUNSEL FOR PLAINTIFF(S):     NONE APPEARING

COUNSEL FOR DEFENDANT(S):     NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is a letter addressed to the Clerk of the Court from Thomas and Susan Clemens, Trustees of The Clemens Family Trust requesting that their names be deleted from this litigation. (Doc. # 2091.)  Thomas and Susan Clemens represent that they no longer own or have any legal right to the property or water rights attached to the property located at 19 Garms Circle, Smith, Nevada.

The request (Doc. # 2091 is **GRANTED** and the Clerk is instructed to terminate these parties in the docket and service list in this matter. Service of this order is limited to electronic service only and the clerk shall mail a copy to Thomas and Susan Clemens..

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
             Deputy Clerk