1  Cheri K. Emm-Smith, Nevada State Bar No. 3055
   P.O. Box 67
2  Schurz, NV 89427
   Phone: (775) 217-5971
3  E-mail: emmsmithlaw@gmail.com

4
   Sean A. Rowe, Nevada State Bar No. 10977
5  Mineral County District Attorney
   P.O. Box 1210
6  Hawthorne, NV  89415
   Phone: (775) 945-3636
7  Fax:    (775) 945-0700
   E-mail: srowe@mineralcountynv.org
8
9  *Attorneys for Hawthorne Utilities*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | IN EQUITY NO. C-125-RCJ |
| | SUBFILE: C-125-B |
| WALKER RIVER PAIUTE TRIBE, | |
| | 3:73-CV-0125-ECR-RAM |
| Plaintiff-Intervenor, | 3:73-CV-0127-ECR-RAM |
| vs. | |
| | STIPULATION FOR |
| WALKER RIVER IRRIGATION DISTRICT, | SUBSTITUTION OF ATTORNEY |
| a corporation, et al., | |
| Defendants. | |

1

Counter-Defendant Hawthorne Utilities hereby substitutes Sean A. Rowe, the Mineral County District Attorney, P. O. Box 1210, Hawthorne, NV 89415, as Attorney of Record in place and stead of Cheri K. Emm-Smith.

DATED: __18 April 2017__  _____
Garth Price, Chair
Mineral County Board of County Commissioners

I consent to the above substitution.

DATED: __April 19, 2017__  _____
Cheri K. Emm-Smith

I am duly admitted to practice in this district.

Above substitution accepted.

DATED: __18 April__  _____
Sean A. Rowe

Please check one: __x__ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED

DATED: May 17, 2017  _____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted this 8th day of May, 2017.

*[signature]*

Sean A. Rowe
Nevada State Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV  89415
Phone:   (775) 945-3636
Fax:     (775) 945-0700
E-mail:  srowe@mineralcountynv.org