RODERICK E. WALSTON
*Pro hac vice* (Cal. Bar No. 32675)
STEVEN G. MARTIN
*Pro hac vice* (Cal. Bar No. 263394)
BEST BEST & KRIEGER LLP
2001 North Main Street, Suite 390
Walnut Creek, CA 94596
Telephone: (925) 977-3300
Email: roderick.walston@bbklaw.com;
steven.martin@bbklaw.com

Attorneys for Defendant
Centennial Livestock

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>      Defendants. | Case No. IN EQUITY NO. C-125-RCJ<br>Subproceedings: C-125-B and C-152-C<br><br>   3:73-CV-00125-RCJ-WGC<br>   3:73-CV-00127-RCJ-WGC<br>   3:73-CV-00128-RCJ-WGC<br><br>[PROPOSED] **ORDER ON MOTION FOR REMOVAL FROM SERVICE LIST AND TERMINATION AS TO ATTORNEY OF RECORD** |
| MINERAL COUNTY,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, et al.,<br><br>      Respondents. | |

1   THE COURT HEREBY GRANTS Defendant Centennial Livestock's Motion for

2   Removal From Service List and Termination of Steven George Martin as Attorney of Record for

3   Centennial Livestock.  Steven George Martin is to be removed from the service list in these

4   matters.

5       IT IS SO ORDERED.

6

7   APPROVED:

8   Dated: this _____12th_____ day of _____June_____, 2017.

9

10  *William G. Cobb*

11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28