UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>Plaintiffs, <br>v. <br>WALKER RIVER IRRIGATION DISTRICT, *et al.*, <br><br>Defendants. | Case No. 3:73-cv-00127-MMD-WGC <br><br>ORDER |

The Ninth Circuit Court of Appeals reversed the judgment issued and remanded for further proceedings consistent with its opinion. (ECF No. 2300 at 31.) Accordingly, the Court vacates the portion of the Order (ECF No. 2223) and Judgment (ECF No. 2224) granting Walker River Irrigation District's ("WRID") Motion to Dismiss (ECF No. 2161) and the County of Mono's Joinder (ECF No. 2164) thereto. The Court directs the parties to file a joint status report within fifteen (15) days of the date of this Order.

DATED THIS 20th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE