# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO. C-125-MMD |
| Plaintiffs, | SUBPROCEEDING NO. C-125-B |
| v. | 3:73-CV-00127-MMD-WGC |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | ORDER |
| Defendants. | |

Nearly 800 unrepresented parties to this lawsuit have elected to receive notice of documents filed in this case by physical mail instead of e-mail, requiring the Court and the parties to physically send notice by mail to nearly 800 individuals each time a motion, pleading, or other document is filed in this case. Postage alone for a one-page mailing to this many individuals is approximately $370, and this figure does not include labor and other overhead costs. In light of these burdens on the parties and the Court, the Court requests that unrepresented parties who initially opted for service by mail reconsider and elect to receive service by e-mail instead. In order to elect to receive service by e-mail instead of mail, an unrepresented party should mail or deliver the enclosed Notice of Selecting Method of Service to the following address:

> U.S. District Court Clerk, Attn. C-125-B
> Bruce R. Thompson Courthouse
> 400 S. Virginia Street, Room 301
> Reno, Nevada 89501

DATED THIS 7th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>WALKER RIVER IRRIGATION DISTRICT, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:73-cv-00127-MMD-WGC<br><br>NOTICE OF SELECTING METHOD OF SERVICE |

I elect to receive e-mail notifications at the following e-mail address that a motion, pleading, or document has been filed in this case and that it may be viewed at the Court's website (www.nvd.uscourts.gov):

_____
(please provide current e-mail address)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Printed or typed name)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Entity, if any, on whose behalf you
　　　　　　　　　　　　　　　　　　　are appearing)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Address)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Telephone number)