# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **ORDER ON STIPULATION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN AND AGENDA FOR STATUS CONFERENCE OF DECEMBER 19, 2018** |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | **(First Request)** |
| Defendants. | |

1. Pursuant to Minute Order of October 17, 2018 (ECF 2389), the Court instructed the principal parties to consult regarding the development of a proposed Scheduling Order and Discovery Plan, and calendared a Status Conference for December 19, 2018.

2. The Court directed that the proposed Scheduling Order and Discovery Plan and an Agenda for the December 19, 2018 Status Conference be filed by December 7, 2018.

3. The United States, the Walker River Paiute Tribe and the principal defendants have exchanged proposals for the Scheduling Order and Discovery Plan, but have not had an opportunity to confer with respect to them.

4. Based upon the exchange of proposals, it is clear that the parties have significant differences on the content of a Scheduling Order and Discovery Plan.

5. In order to attempt to reach an agreement on the content of some or all of a proposed Scheduling Order and Discovery Plan, the parties require additional time to confer.

NOW, THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA6-1, the parties stipulate to extend to December 17, 2018 the time to submit the proposed Scheduling Order and Discovery Plan and Agenda for the December 19, 2018 Status Conference.

Dated: December 6, 2018.

| WOODBURN AND WEDGE | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| By: __/ s / Gordon H. DePaoli__<br>Gordon H. DePaoli<br>Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | By: __/ s / Guss Guarino__<br>(per authorization)<br>Guss Guarino, Trial Attorney<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202<br><br>David L. Negri<br>Trial Attorney, Natural Resopurces Section<br>c/o U.S. Attorney's Office<br>800 Park Boulevard, Suite 600<br>Boise, Idaho 83712<br>*Attorneys for United States of America* |
| LAW OFFICES OF WES WILLIAMS, JR., P.C. | ADVOCATES FOR COMMUNITY & ENVIRONMENT |
| By: __/ s / Wes Williams, Jr.__<br>(per authorization)<br>Wes Williams, Jr.<br>Nevada Bar No. 6864<br>3119 Pasture Rd.<br>P.O. Box 100<br>Schurz, Nevada 89427<br>*Attorneys for Walker River Paiute Tribe* | By: __/ s / Simeon Herskovits__<br>(per authorization)<br>Simeon Herskovits, NSB 11155<br>Iris Thornton<br>P.O. Box 1075<br>El Prado, New Mexico 87529<br>*Attorneys for Mineral County* |

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA | BEST BEST & KRIEGER |
| By: /s/ Nhu Q. Nguyen<br>(per authorization)<br>Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Water Resources Control Board* | By: /s/ Roderick E. Walston<br>(per authorization)<br>Roderick E. Walston<br>2001 N. Main Street, Suite 390<br>Walnut Creek, California 94596<br><br>Jerry Snyder, NSB 6830<br>429 W. Plumb Lane<br>Reno, Nevada 89509<br>*Attorneys for Lyon County* |
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL | THE COUNTY OF MONO (CA) |
| By: /s/ Bryan Stockton<br>(per authorization)<br>Bryan Stockton, NSB 4764<br>Sr. Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | By: /s/ Stacey Simon<br>(per authorization)<br>Stacey Simon, County Counsel<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |
| SCHROEDER LAW OFFICES, P.C. | JOHNSTON LAW OFFICES |
| By: /s/ Therese A. Ure<br>(per authorization)<br>Therese A. Ure, NSB 10255<br>10615 Double R Boulevard, Suite 100<br>Reno, Nevada 89521<br>*Attorneys for Schroeder Group* | By: /s/ Brad M. Johnston<br>(per authorization)<br>Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Peri & Sons* |

**ORDER**

Dated: December 7, 2018.    IT IS SO ORDERED.

William G. Cobb
United States Magistrate Judge

-3-