Eric Grant
Deputy Assistant Attorney General

**Andrew "Guss" Guarino**
Trial Attorney, Indian Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Office: 303-844-1343 Fax: 303-844-1350
E-mail: guss.guarino@usdoj.gov

**David L. Negri**
Trial Attorney, Natural Resources Section
c/o US Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
Tel: (208) 334-1936; Fax: (208) 334-1414
E-mail: david.negri@usdoj.gov

Environment and Natural Resources Division
United States Department of Justice
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:73-CV-00127-MMD-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| WALKER RIVER PAIUTE TRIBE, | ) | |
| | ) | **MOTION TO ADMIT COUNSEL FOR THE UNITED STATES** |
| Plaintiff-Intervenor, | ) | |
| vs. | ) | |
| | ) | |
| WALKER RIVER IRRIGATION DISTRICT, | ) | |
| a corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. 516, *et seq.* and LR-IA-11-3, the United States moves for

the admission of Tyler J. Eastman to the Bar of this Court for the purpose of representing

the United States, including its political subdivisions, officers, and employees, in this

action during the period of his employment by the United States as an attorney. The paragraphs below are provided in support of this motion.

1. Federal statute provides that "the conduct of litigation in which the United States, an agency, or officer thereof is a party . . . is reserved to officers of the Department of Justice, under the direction of the Attorney General." 28 U.S.C. § 516. Pursuant to this authority, "any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States . . . ." 28 U.S.C. § 517.

2. LR-IA 11-3 provides that

> [u]nless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

3. Tyler J. Eastman has been a licensed attorney since 2018. Mr. Eastman is a member in good standing of the State Bar of Oregon (Bar # 185023). Since 2018, Mr. Eastman has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, Indian Resources Section and his office is located in Washington, D.C. Mr. Eastman has never been subject to any disciplinary action by any bar.

## CONCLUSION

The United States requests an Order permitting Tyler J. Eastman to practice before this Court in this action during the period of his employment by the United States as an attorney. Mr. Eastman will practice with and alongside other counsel of record for the United States, Messrs. Guarino and Negri.

MOTION TO ADMIT COUNSEL FOR THE UNITED STATES

Respectfully submitted this 14th day of December 2018.


 /s/ Andrew "Guss" Guarino
Andrew "Guss" Guarino

Attorney for the United States


## CERTIFICATE OF SERVICE

It is hereby certified that on December 14, 2018 service of the foregoing was made through the court's electronic filing and notice system (ECF) to all of the registered participants.

Further, pursuant to the *Superseding Order Regarding Service and Filing in Subproceeding C-125-B on and by All Parties* (ECF 2100) at 10 ¶ 20, the foregoing does not affect the rights of others and does not raise significant issues of law or fact. Therefore, the United States has taken no step to serve notice of this document via the postcard notice procedures described in paragraph 17.c of the Superseding Order.

By   /s/ Andrew "Guss" Guarino
Andrew "Guss" Guarino


IT IS SO ORDERED.

_____
U.S. District Judge

Dated:  December 17, 2018