RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone:   (775) 852-3900
Fax:             (775) 327-2011
rcampbell@kcnvlaw.com

**Attorneys for The Ken and
Dorothy Gardner Trust**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, et al.,<br><br>Defendants. | Case No.:  3:73-cv-00127-MMD-WGC<br><br>IN EQUITY NO. C-125-RCJ<br>SUBPROCEEDING NO. C-125-B<br><br>**STIPULATION AND<br>ORDER PERMITTING<br>SUBSTITUTION OF COUNSEL** |

GEORGE M. KEELE, the current attorney of record for Defendant, THE KEN AND DOROTHY GARDNER TRUST, does hereby stipulate and agree to the substitution of RICHARD G. CAMPBELL, JR. of KAEMPFER CROWELL, in his place and stead, in the above-entitled matter.  The substitution will not result in the delay of any hearing in this case.

RICHARD G. CAMPBELL, JR. of KAEMPFER CROWELL does hereby agree to be substituted in the place and stead of GEORGE M. KEELE as attorney of record for THE KEN AND DOROTHY GARDNER TRUST in the above-entitled matter.   RICHARD G.

CAMPBELL, JR. states that he is duly admitted to practice before this Court and accepts responsibility for all dates set for pretrial proceedings, trial, or hearings, by the discovery plan or any court order.

THE KEN AND DOROTHY GARDNER TRUST hereby consents to the substitution of RICHARD G. CAMPBELL, JR. of KAEMPFER CROWELL in the place and stead of GEORGE M. KEELE as its attorney of record in the above-entitled matter.

DATED this __26th__ of __February__, 2019.

KAEMPFER CROWELL

BY: _____

RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax: (775) 327-2011
rcampbell@kcnvlaw.com
Attorneys for The Ken and
Dorothy Gardner Trust

DATED: February 25, 2019.

_____
George M. Keele, Nevada Bar No. 1701

DATED: February 25, 2019.

_____
Kenneth D. Gardner, Jr., Trustee of the
Ken and Dorothy Gardner Trust

DATED: February 25, 2019.

_____
Dorothy Rowe Gardner, Trustee of the
Ken and Dorothy Gardner Trust

**IT IS SO ORDERED.**

_____
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** __February 28__, **2019.**

KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501

Pursuant to the October 17, 2014 Superseding Order Regarding Service [Document No. 2100, p. 10, ¶ 20], this Stipulation [and Proposed Order] Permitting Substitution of Counsel does not affect the rights of others and does not raise significant issues of law or fact and, as such, is not subject to the postcard notice provided in Paragraph 17.c thereof. Accordingly, the foregoing Stipulation [and Proposed Order] Permitting Substitution of Counsel will not be served on the Unrepresented Parties who have opted for postcard service.

Respectfully submitted this ___26th___ day of _____February_____, 2019 by:

KAEMPFER CROWELL

BY: _____

RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax:          (775) 327-2011
rcampbell@kcnvlaw.com
Attorneys for The Ken and
Dorothy Gardner Trust