# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*,<br><br>    Defendants. | 3:73-cv-00127-MMD-WGC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (MICA FARMS, LLC)** |

    On May 16, 2019, Therese A. Ure and Laura A. Schroeder, of Schroeder Law Offices, P.C., attorneys of record for Mica Farms, LLC, through manager Mike Faretto, moved this court to withdraw as counsel for Mica Farms, LLC, in the above-entitled mater. No opposition was filed. The court denied the motion (ECF No. 2491). Mica Farms, LLC, has requested the court reconsider its order.

    Good cause appearing, this court's order of May 20, 2019 (ECF No. 2491) is **VACATED**.

    **IT IS HEREBY ORDERED** that the Motion for Withdrawal of Counsel of Mica Farms, LLC (ECF No. 2489), is **GRANTED**. Henceforth, Mica Farms, LLC, shall be listed as an "Unrepresented Party" to receive service via email to cathefaretto@aol.com.

    DATED: June 3, 2019.

                                    _____
                                    WILLIAM G. COBB
                                    UNITED STATES MAGISTRATE JUDGE