IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| WALKER RIVER PAIUTE TRIBE, | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) | |
| Defendants. | ) | |

At the June 3, 2019 Status Conference in this matter, counsel for the Walker River Irrigation District requested the Court to relieve the Walker River Irrigation District, the Nevada State Engineer and the California Water Resources Control Board from the requirements of paragraph V on page 8, lines 17-22, of the Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served (the "Amended Order") (ECF #1650), which paragraph requires each of them to provide updated water right ownership information to the Court and the Plaintiff Parties. In light of the provisions of the Amended Order concerning continuation of the action against previously served defendants, the procedure for substitution of parties, and the completion of service of process, and there being no objections made by any

-1-

party, including the United States and the Walker River Paiute Tribe, that requirement of the Amended Order is no longer necessary.

GOOD CAUSE APPEARING, paragraph V at page 8, lines 17-22 of the Amended Order (ECF No. 1650) is vacated, and

IT IS HEREBY ORDERED THAT the Walker River Irrigation District, the Nevada State Engineer and the California Water Resources Control Board are no longer obligated to provide updated water right ownership information in this matter.

Dated: July 11, 2019

_William G. Cobb_
WILLIAM G. COBB,
UNITED STATES MAGISTRATE JUDGE