1  RODERICK E. WALSTON
   *Pro hac vice* (Cal. Bar No. 32675)
2  MILES B. H. KRIEGER
   *Pro hac vice* (Cal. Bar No. 309797)
3  BEST BEST & KRIEGER LLP
   2001 North Main Street, Suite 390
4  Walnut Creek, CA 94596
   Telephone: (925) 977-3300
5  Email: roderick.walston@bbklaw.com;
   miles.krieger@bbklaw.com
6
   Attorneys for Defendant
7  Centennial Livestock

8
                UNITED STATES DISTRICT COURT
9
                 FOR THE DISTRICT OF NEVADA
10

11 | UNITED STATES OF AMERICA,       | Case No. 3:73-cv-000125-MMD-WGC
12 |     Plaintiff,                   | In Equity No. C-125
                                      | Subfiles, C-125A, C-125B and C-125C
13 | WALKER RIVER PAIUTE TRIBE,

14 |     Plaintiff-Intervenor,        | **ORDER ON MOTION TO TRANSFER VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**
15 | v.
16 | WALKER RIVER IRRIGATION
   | DISTRICT, a corporation, et al.,
17
   |     Defendants.
18

# [ORDER

THE COURT HEREBY GRANTS this Motion to Transfer Miles B. H. Krieger's VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL in Case No. 3:73-cv-00125-MMD-WGC to Case No. 3:73-cv-00127-MMD-WGC (In Equity C-125-B).

IT IS SO ORDERED:

DATED: July 11, 2019

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the documents listed below with the U.S. District Court for the District of Nevada via the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses:

1. Motion to Transfer Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel; Memorandum of Points and Authorities In Support Thereof, and

2. [PROPOSED] Order on Motion to Transfer Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel

Dated: July 11, 2019                     BEST BEST & KRIEGER LLP


                                         By: /s/ Miles B. H. Krieger
                                         MILES B. H. KRIEGER
                                         Attorneys for Defendant
                                         Centennial Livestock