3-73-CV-0125-MMD-WGC

FILED _____   _____ RECEIVED
ENTERED _____   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America, Plaintiff )  Case #In Equity No. C-125-ECR
Walker River Paiute Tribe, )
) Subfiles, C-125A, C-125B and C-125C
      Plaintiff(s), Intervenor )
) **VERIFIED PETITION FOR**
vs. ) **PERMISSION TO PRACTICE**
) **IN THIS CASE ONLY BY**
Walker River Irrigation District, a ) **ATTORNEY NOT ADMITTED**
corporation, et al., ) **TO THE BAR OF THIS COURT**
) **AND DESIGNATION OF**
      Defendant(s). ) **LOCAL COUNSEL**
)
) FILING FEE IS $250.00

_____Miles B. H. Krieger_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

_____Best Best & Krieger, LLP_____
(firm name)

with offices at ____3390 University Avenue, 5th Floor, P.O. Box 1028____,
(street address)

_____Riverside_____, _____California_____, _____92502_____,
(city)                  (state)                 (zip code)

____(951) 686-1450____, ____miles.krieger@bbklaw.com____.
(area code + telephone number)   (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

_____Centennial Livestock_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 2, 2016_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Courts | June 2, 2016 | 309797 |
| US District Court, Central District of California | June 12, 2017 | |
| US Court of Appeals for the Ninth Circuit | January 3, 2018 | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar Association; Federal Bar Association; American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

4 | STATE OF ____California____ )
5 | COUNTY OF ____Riverside____ )

7 | ____Miles B. H. Krieger____, Petitioner, being first duly sworn, deposes and says:
8 | That the foregoing statements are true.

_____
Petitioner's signature

10 | Subscribed and sworn to before me this
12 | _____ day of _____, _____.

_____
Notary Public or Clerk of Court

SEE ATTACHED CALIFORNIA COMPLIANT NOTARIAL CERTIFICATE

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jerry Snyder____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____429 W. Plumb Ln._____,
(street address)

____Reno____, ____Nevada____, ____89509____,
(city)           (state)         (zip code)

____(775) 225-4422____, ____nevadajerrysnyder@gmail.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Riverside_____ )

On __April 2, 2019__ before me, __Sabrina Marie Brenner, Notary Public__,
(insert name and title of the officer)

personally appeared __Miles B. H. Krieger__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Sabrina Marie Brenner_   (Seal)

SABRINA MARIE BRENNER
Commission # 2123214
Notary Public - California
Riverside County
My Comm. Expires Aug 13, 2019

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s)  Jerry Snyder  as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_(signature)_

(party's signature)

David E. Wood, Centennial Livestock
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_(signature)_

Designated Resident Nevada Counsel's signature

6830                          nevadajerrysnyder@gmail.com
Bar number                    Email address

APPROVED:

Dated: this 17th day of April, 2019.

_(signature)_

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617           TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 2, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MILES B. H. KRIEGER, #309797 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2016; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA



Denise Velasco
Custodian of Records

Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS063278
Cashier ID: rtanker
Transaction Date: 04/17/2019
Payer Name: Best Best and Krieger

PRO HOC VICE
 For: Best Best and Krieger
 Amount:        $250.00

CHECK/MONEY ORDER
 Remitter: Best Best and Krieger
 Check/Money Order Num: 444
 Amt Tendered: $250.00

Total Due:         $250.00
Total Tendered:    $250.00
Change Amt:        $0.00

c-125

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."