# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00127-MDD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **ORDER RE: SUBSTITUTION OF PARTIES** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

For the reasons provided in the *Recommendations and Proposed Order Re: Substitution of Parties and Attorney Withdrawal for Entities* (July 30, 2019), the purpose of this order is to provide the unrepresented parties to this case a single, updated form by which they can substitute another for themselves in the event 1) that a party sells/conveys their water right interest in this matter.

Moving forward, **Form A** (provided below) should be completed and filed <u>only if</u> a party wishes their name be removed from this case because they no longer own property in the Walker River Basin as a result of transfer of the property interest in this matter (i.e., sale of real estate and/or water right in the Walker River Basin of Nevada or California). **This form may only be used by individuals representing themselves and it may not be used by trusts, estates, partnerships, or corporations. Entities such as trusts, estates and corporations may only appear before this court represented by an attorney.**

///

Dated: August 7, 2019.

*William G. Cobb*

WILLIAM G. COBB,
UNITED STATES MAGISTRATE JUDGE