# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL (N. JEANNIE SPRADLIN)** |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

On August 23, 2019, Gordon H. DePaoli, Dale Ferguson and Domenico R. DePaoli of Woodburn and Wedge, attorneys of record for N. Jeannie Spradlin, moved this Court to withdraw as counsel for N. Jeannie Spradlin in the above-entitled matter.

THEREFORE, THE COURT ORDERS that the Motion for Withdrawal as Counsel (ECF No. 2566) is hereby GRANTED, and N. Jeannie Spradlin shall be listed as an "Unrepresented Party" to receive service through the Court's website as provided in the Order Discontinuing Service by Postcard Notice (ECF No. 2439).

Dated: August 26, 2019

*William G. Cobb*
United States Magistrate Judge

-1-