# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL (ARNOLD SCIARANI, JR. AND PAULINE SCIARANI TRUST)** |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

On August 26, 2019, Gordon H. DePaoli, Dale Ferguson and Domenico R. DePaoli of Woodburn and Wedge, attorneys of record for Arnold Sciarani, Jr. and Pauline Sciarani Trust, through Pauline Sciarani, Trustee, moved this Court to withdraw as counsel for Arnold Sciarani, Jr. and Pauline Sciarani Trust in the above-entitled matter.

THEREFORE, THE COURT ORDERS that the Motion for Withdrawal as Counsel (ECF No. 2570) is hereby GRANTED, and Arnold Sciarani, Jr. and Pauline Sciarani Trust shall be listed as an "Unrepresented Party" and added by the Clerk of the Court to the electronic service list to receive service via email to jsciarani@ruralaccountingnv.com.

Dated: August 26, 2019

*William G. Cobb*
United States Magistrate Judge

-1-