# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>  Plaintiff-Intervenor,<br><br>  v.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>  Defendants. | 3:73-cv-00127-MMD-WGC<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL (CHRISTINA BATJER, MARYBEL BATJER, AND CAMERON M. BATJER FAMILY TRUST)** |

On September 3, 2019, Gordon H. DePaoli, Dale Ferguson and Domenico R. DePaoli of Woodburn and Wedge, attorneys of record for Christina Batjer, Marybel Batjer, and Cameron M. Batjer Family Trust, moved this Court to withdraw as counsel for Christina Batjer, Marybel Batjer, and Cameron M. Batjer Family Trust in the above-entitled matter.

THEREFORE, THE COURT ORDERS that the Motion for Withdrawal as Counsel (ECF No. 2573) is hereby GRANTED, and Christina Batjer, Marybel Batjer, and Cameron M. Batjer Family Trust shall be listed each as an "Unrepresented Party" and added by the Clerk of the Court to the electronic service list to receive service via email to grostcat@gmail.com.

Dated: September 4, 2019

_William G. Cobb_
United States Magistrate Judge