**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

WALKER RIVER PAIUTE TRIBE,

      Plaintiff-Intervenors,

vs.

WALKER RIVER IRRIGATION DISTRICT, et al.,

      Defendants.

Case #3:73-cv-00127-MMD-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

<u>    Alice E. Walker    </u>, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

<u>Meyer, Walker, Condon & Walker, P.C.</u>
(firm name)

with offices at <u>    1007 Pearl St.    </u>,
(street address)

<u>  Boulder  </u>, <u>  Colorado  </u>, <u> 80302 </u>
(city)      (state)      (zip code)

<u> (303) 442-2021 </u>, <u> awalker@mmwclaw.com </u>.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

<u>  Walker River Paiute Tribe  </u> to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 13, 1993_____, Petitioner has been and presently is a
          (date)
member in good standing of the bar of the highest Court of the State of _____Colorado_____
                                                                                  (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Association; Colorado Bar Association; Boulder County Bar Association; American Bar Association; Colorado Indian Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.    *Alice E Walker*

3

4                                                      Petitioner's signature

   STATE OF _Colorado_    )

5 COUNTY OF _Boulder_    )

6

7 _Alice E. Walker_, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.    *Alice E Walker*

9                                                      Petitioner's signature

10 Subscribed and sworn to before me this

11 _29th_ day of _May_, _2019_.

12

13 _____

           Notary Public or Clerk of Court

14

BONNIE DYANNE RAY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184020782
MY COMMISSION EXPIRES MAY 22, 2022

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate    Wes Williams, Jr.   ,

19                                                      (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23              3119 Lake Pasture Rd. P.O. Box 100   ,

                              (street address)

24

25       Schurz   ,   Nevada   ,   89427
       (city)                  (state)             (zip code)

26     (775) 530-9789   ,   wwilliamslaw@gmail.com  .
   (area code + telephone number)        (Email address)

27

28                              4                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Wes Williams, Jr. _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Amber Torres_
(party's signature)

_Walker River Paiute Tribe, Tribal Chairman_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

#6864                          wwilliamslaw@gmail.com
Bar number                     Email address

APPROVED:

Dated: this 16th day of September , 20 19 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Alice E. Walker
Courts of Practice

| **Court** | **Date of Admission** |
|---|---|
| United States Supreme Court | March 22, 1999 |
| Supreme Court of the State of Colorado | May 13, 1993 |
| United States District Court for the District of Colorado | October 7, 1993 |
| United States Court of Appeals for the Federal Circuit | July 30, 1993 |
| United States Court of Federal Claims | May 23, 1997 |
| United States Court of Appeals for the Ninth Circuit | February 24, 1999 |
| United States Court of Appeals for the Tenth Circuit | December 21, 1994 |
| United States Court of Appeals for the Sixth Circuit | July 20, 2004 |
| United States District Court Western District of Michigan | February 14, 2005 |
| Arizona Superior Court for Apache County (pro hac vice for Case No. 6417 only) | May 1, 2014 |



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ALICE ELIZABETH WALKER**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **13th** day of **May** A. D. **1993** and that at the date hereof the said **ALICE ELIZABETH WALKER**

is in good standing at this Bar.



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **25th** day of **June** A. D. **2019**

*Cheryl Stevens*

By _____ Clerk

_____ Deputy Clerk