# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　Plaintiff-Intervenor,<br><br>　　v.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　Defendants. | 3:73-cv-00127-MMD-WGC<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL (GARY J. GARMS; TONI J. GARMS; REV. COMM. PROPERTY TRUST OF GARY J. GARMS AND TONI J. GARMS; H. GARMS ESTATE; GARMSLAND LTD., LLC; AND PREPPY VISION, LLC)** |

On September 19, 2019, Gordon H. DePaoli, Dale Ferguson and Domenico R. DePaoli of Woodburn and Wedge, attorneys of record for Gary J. Garms, Toni J. Garms, Rev. Comm. Property Trust of Gary J. Garms and Toni J. Garms, H. Garms Estate, Garmsland Ltd., LLC, and Preppy Vision, LLC, moved this Court to withdraw as counsel for Gary J. Garms, Toni J. Garms, Rev. Comm. Property Trust of Gary J. Garms and Toni J. Garms, H. Garms Estate, Garmsland Ltd., LLC, and Preppy Vision, LLC in the above-entitled matter.

THEREFORE, THE COURT ORDERS that the Motion for Withdrawal as Counsel (ECF 2581) is hereby GRANTED, and Gary J. Garms, Toni J. Garms, Rev. Comm. Property Trust of Gary J. Garms and Toni J. Garms, H. Garms Estate, Garmsland Ltd., LLC, and Preppy Vision, LLC shall be listed each as an "Unrepresented Party" and added by the Clerk of the Court to the electronic service list to receive service via email to GLTDSV@yahoo.com.

Dated: September 20, 2019

_____
United States Magistrate Judge

-1-