# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:73-cv-00127-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*, | |
| Defendants. | |

The court has received a communication from Christine VanSyoc (ECF No. 2576). Ms. VanSyoc appears to question the court's initially-stated procedure regarding substitution of parties as outlined in the court's minute order of May 8, 2019 (ECF No. 2485). It appears to the court that Ms. VanSyoc and her relatives associated with the Estate of Dennis Howard VanSyoc may not be familiar with the court's modification of the procedures for substitution of parties as more recently stated in the court's Order Regarding Substitution of Parties (ECF No. 2556; August 7, 2019) and the court's Minutes of Proceedings of its hearing on August 7, 2019 (ECF No. 2560), which Minutes discuss the VanSyoc water rights issue at p. 2.

The court will address Ms. VanSyoc's letter at its next Status Conference on December 18, 2019. Ms. VanSyoc is invited to participate to address the subject of her letter. Ms. VanSyoc may call into the court hearing using the information shown on p. 5 of the Minutes (ECF No. 2560).

The Clerk shall send a copy of the court's Order Regarding Substitution of Parties (ECF No. 2556) and Minute of Proceedings (ECF No. 2560) to Ms. VanSyoc.

**IT IS SO ORDERED.**

DATED: September 20, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE