GORDON H. DePAOLI
Nevada State Bar No. 00195
DALE E. FERGUSON
Nevada State Bar No. 4986
DOMENICO R. DePAOLI
Nevada State Bar No. 11553
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775 / 688-3000

Attorneys for WALKER RIVER IRRIGATION DISTRICT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PROPOSAL REGARDING DISCOVERY PROCEDURE AND AGENDA FOR STATUS CONFERENCE, AND TO VACATE STATUS CONFERENCE OF DECEMBER 18, 2019** |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| | **(First Request)** |
| Defendants. | |

1. Pursuant to the Stipulated Scheduling Order and Discovery Plan (ECF 2437), the United States and Walker River Paiute Tribe, and the Walker River Irrigation District, the Nevada Department of Wildlife, Lyon County, Centennial Livestock, Desert Pearl Farms, LLC, Peri Family Ranch, LLC, Peri & Peri, LLC and Frade Ranches, Inc., The Schroeder Group, California State Agencies (California State Water Resources Control Board, California Department of Fish and Wildlife and the California Department of Parks and Recreation), and Mono County, California (the "Principal Defendants"), and Mineral County and the Walker Lake Working Group were to submit a proposal to the Court on or before December 16, 2019

-1-

concerning, among things, coordination of discovery, including sharing discovery, scheduling discovery, and other matters related to discovery and concerning matters related to dispositive or partially dispositive motions (the "Discovery/Motion Proposal").

2. Pursuant to the Minute Order of August 8, 2019 (ECF 2560), the Court scheduled a Status Conference for December 18, 2019 at 10:00 a.m. to, among other things, issue any orders needed to resolve disputes, if any, concerning the Discovery/Motion Proposal among the parties, and to amend the Scheduling Order accordingly, and further directed the United States to prepare an agenda for that Status Conference to be submitted on or before December 13, 2019.

3. The United States and Walker River Tribe and the Principal Defendants have exchanged drafts of Discovery/Motion Proposals, and have conferred and met in-person to attempt to resolve the areas of disagreement between them.

4. Based upon the parties' exchange of those drafts and their conference, it is clear that the parties have common ground, but also continue to have significant differences between them concerning the content of the Discovery/Motion Proposal.

5. In order to attempt to reach an agreement on some or all of those differences, the United States and Walker River Tribe and the Principal Defendants require additional time to confer among themselves and thereafter with each other, and are of the view that with additional time, they will be able to either resolve, or at least significantly reduce, the differences between them.

NOW, THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA6-1, the parties stipulate to extend the time to submit the Discovery/Motion Proposal to January 30, 2020, and respectfully request that the Court vacate the December 18, 2019, Status

Conference and reschedule it to a date and time which is after January 30, 2020, and which is convenient to the Court and the parties.

Dated: December 12, 2019.

| | |
|---|---|
| WOODBURN AND WEDGE | U.S. DEPARTMENT OF JUSTICE |
| By: /s/ Gordon H. DePaoli<br>Gordon H. DePaoli<br>Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | By: /s/ Andrew "Guss" Guarino<br>(per authorization)<br>A. Guss Guarino, Trial Attorney<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202<br><br>David L. Negri<br>Trial Attorney, Natural Resources Section<br>c/o U.S. Attorney's Office<br>800 Park Boulevard, Suite 600<br>Boise, Idaho 83712<br>*Attorneys for United States of America* |
| MEYER, WALKER, CONDON & WALKER, P.C.<br><br>By: /s/ Alice E. Walker<br>(per authorization)<br>Alice E. Walker<br>1007 Pearl Street<br>Boulder, Colorado 80302 | |
| LAW OFFICES OF WES WILLIAMS, JR., P.C.<br>Wes Williams, Jr., NSB 6864<br>3119 Pasture Rd.<br>P.O. Box 100<br>Schurz, Nevada 89427<br>*Attorneys for Walker River Paiute Tribe* | ADVOCATES FOR COMMUNITY & ENVIRONMENT<br><br>By: /s/ Simeon Herskovits<br>(per authorization)<br>Simeon Herskovits, NSB 11155<br>Iris Thornton<br>P.O. Box 1075<br>El Prado, New Mexico 87529<br>*Attorneys for Mineral County* |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>By: /s/ Nhu Q. Nguyen<br>(per authorization)<br>Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Agencies* | BEST BEST & KRIEGER<br><br>By: /s/ Roderick E. Walston<br>(per authorization)<br>Roderick E. Walston<br>2001 N. Main Street, Suite 390<br>Walnut Creek, California 94596<br><br>Jerry Snyder, NSB 6830<br>429 W. Plumb Lane<br>Reno, Nevada 89509<br>*Attorneys for Lyon County* |

| | |
|---|---|
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL | THE COUNTY OF MONO (CA) |
| By: _/ s / Tori Sundheim_<br>(per authorization)<br>Tori Sundheim, NSB 14156<br>Sr. Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | By: _/ s / Jason Canger_<br>(per authorization)<br>Stacey Simon, County Counsel<br>Jason Canger<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |
| SCHROEDER LAW OFFICES, P.C. | SIMONS HALL JOHNSTON PC |
| By: _/ s / Therese A. Ure_<br>(per authorization)<br>Therese A. Ure, NSB 10255<br>10615 Double R Boulevard, Suite 100<br>Reno, Nevada 89521<br>*Attorneys for The Schroeder Group* | By: _/ s / Brad M. Johnston_<br>(per authorization)<br>Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches* |

## **ORDER**

Dated: December 12, 2019.  IT IS SO ORDERED.

_William G. Cobb_
William G. Cobb
United States Magistrate Judge