1  AARON D. FORD
    Attorney General
2  ANTHONY J. WALSH (Bar No. 14128)
    Deputy Attorney General
3  Office of the Attorney General
   100 North Carson Street
4  Carson City, Nevada 89701-4717
   T: (775) 684-1219
5  E: awalsh@ag.nv.gov

6  *Attorneys for Department of Wildlife*

7

8              **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**
9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    Case No. 3:73-cv-00127 MMD-WGC

12  WALKER RIVER PAIUTE TRIBE,               **ORDER GRANTING**
                                            **SUBSTITUTION OF COUNSEL**
13              Plaintiff-Intervenor,        **ON BEHALF OF STATE OF**
                                            **NEVADA,** *ex rel.,* **NEVADA**
14       vs.                                 **DEPARTMENT OF WILDLIFE**

15  WALKER RIVER IRRIGATION
    DISTRICT, a corporation, *et al.*
16
                Defendants.
17

18

19       The State of Nevada, by and through counsel, Aaron D. Ford, Attorney General of

20  the State of Nevada, hereby notifies the Court and respective parties to this action that

21  Deputy Attorney General ANTHONY J. WALSH, has assumed responsibility for

22  representing the interests of the Defendant/Respondent the State of Nevada, *ex rel.*, its

23  Nevada Department of Wildlife ("NDOW") in the above-entitled action.

24       Deputy Attorney General TORI N. SUNDHEIM is no longer responsible for the

25  handling of this case and should be removed from this Court's docket as counsel of record.

26  ...

27  ...

28  ...

Due to this change, it is further requested that all future pleadings be served upon and any contact by court personnel or parties to the above-entitled action be directed to Deputy Attorney General ANTHONY J. WALSH.

DATED this 10th day of February, 2020.

AARON D. FORD
Attorney General


By: /s/ Anthony J. Walsh
ANTHONY J. WALSH (Bar No. 14128)
Deputy Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1213 (phone)
(775) 684-1108 (fax)
awalsh@ag.nv.gov (email)
*Attorneys for Nevada Wildlife*

## **ORDER**

IT IS SO ORDERED.

DATED:   February 11, 2020.

_William G. Cobb_
U.S. MAGISTRATE JUDGE