GORDON H. DePAOLI
Nevada State Bar No. 00195
DALE E. FERGUSON
Nevada State Bar No. 4986
DOMENICO R. DePAOLI
Nevada State Bar No. 11553
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775 / 688-3000

Attorneys for WALKER RIVER IRRIGATION
DISTRICT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00127-MMD-WGC |
| Plaintiff, | |
| WALKER RIVER PAIUTE TRIBE, | **STIPULATION AND ORDER CONFIRMING SCHEDULE AND RELATED MATTERS FOR RESPONSES AND REPLIES WITH RESPECT TO JOINT MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Plaintiff-Intervenor, | |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

1. On February 19, 2020, a Status Conference was held in this matter before the Honorable William G. Cobb, U.S. Magistrate Judge, concerning the Proposed Scheduling Order and Discovery Plan (ECF 2598).

2. As a result of that Status Conference, the parties agreed to revise the Proposed Scheduling Order and Discovery Plan pursuant to the discussion with and instructions from the Court. *See* Minutes of Proceedings, ECF 2605.

3. The parties have been directed to file a revised Proposed Scheduling Order and Discovery Plan by March 13, 2020.

-1-

4. On February 20, 2020, Plaintiffs filed a Joint Motion for Judgment on the Pleadings (ECF 2606) (the "Joint Motion").

5. During the Status Conference, Plaintiffs stated that they would be filing the Joint Motion, and it was agreed that the schedule for responses and replies to the Joint Motion would be as the parties had agreed in the not yet final Proposed Scheduling Order and Discovery Plan.

6. In addition, the parties were in substantial agreement on the provisions to be included in the Proposed Scheduling Order and Discovery Plan concerning coordination, to the extent feasible, with respect to the filing of motions, the grounds for motions, briefs supporting motions, and page limits with respect to briefs concerning motions.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The party groups (i.e., Plaintiffs and Principal Defendants) will coordinate their respective responsive and reply briefs with respect to the Joint Motion, and will do their best to file joint responses or replies.

2. Plaintiffs and Principal Defendants potentially have common issues to brief. To the extent feasible, the party groups (i.e., Plaintiffs and Principal Defendants) shall separately work as a group to file a single brief on a common issue. No page limit will be imposed on a response or reply to the extent that multiple common issues are incorporated into a single brief.

3. If a response or reply is filed by individual parties rather than as a group, the Local Rules of the Court concerning page limitations shall apply.

/ / /

/ / /

/ / /

/ / /

/ / /

1     4. Responses to the Joint Motion will be due within 90 days of its service, and replies to responses will be due within 45 days of service of the responses.

Dated: February 26, 2020.

| WOODBURN AND WEDGE | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| By:   / s / Gordon H. DePaoli<br>    Gordon H. DePaoli<br>    Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | By:   / s / Tyler J. Eastman<br>    (per authorization)<br>    A. Guss Guarino, Trial Attorney<br>    Tyler J. Eastman, Trial Attorney<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202<br><br>David L. Negri<br>Trial Attorney, Natural Resources Section<br>c/o U.S. Attorney's Office<br>800 Park Boulevard, Suite 600<br>Boise, Idaho 83712<br>*Attorneys for United States of America* |
| LAW OFFICES OF WES WILLIAMS, JR., P.C.<br><br>By:   / s / Wes Williams, Jr.<br>    (per authorization)<br>    Wes Williams, Jr., NSB 6864<br>3119 Pasture Rd.<br>P.O. Box 100<br>Schurz, Nevada 89427 | ADVOCATES FOR COMMUNITY & ENVIRONMENT |
| MEYER, WALKER, CONDON & WALKER, P.C.<br><br>Alice E. Walker<br>1007 Pearl Street<br>Boulder, Colorado 80302<br>*Attorneys for Walker River Paiute Tribe* | By:   / s / Simeon Herskovits<br>    (per authorization)<br>    Simeon Herskovits, NSB 11155<br>    Iris Thornton<br>P.O. Box 1075<br>El Prado, New Mexico 87529<br>*Attorneys for Mineral County* |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>By:   / s / Nhu Q. Nguyen<br>    (per authorization)<br>    Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Agencies* | BEST BEST & KRIEGER<br><br>By:   / s / Roderick E. Walston<br>    (per authorization)<br>    Roderick E. Walston<br>2001 N. Main Street, Suite 390<br>Walnut Creek, California 94596<br><br>Jerry Snyder, NSB 6830<br>429 W. Plumb Lane<br>Reno, Nevada 89509<br>*Attorneys for Lyon County* |

| | |
|---|---|
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL<br><br>By:   / s /  Anthony J. Walsh  <br>         (per authorization)  <br>         Anthony J. Walsh, NSB 14128<br>Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | THE COUNTY OF MONO (CA)<br><br>By:   / s /  Jason Canger  <br>         (per authorization)  <br>         Stacey Simon, County Counsel<br>         Jason Canger, Dep. County Counsel<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |
| SCHROEDER LAW OFFICES, P.C.<br><br>By:   / s /  Therese A. Ure  <br>         (per authorization)  <br>         Therese A. Ure, NSB 10255<br>10615 Double R Boulevard, Suite 100<br>Reno, Nevada 89521<br>*Attorneys for The Schroeder Group* | SIMONS HALL JOHNSTON PC<br><br>By:   / s /  Brad M. Johnston  <br>         (per authorization)  <br>         Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

While the court approves of the briefing schedule regarding the "Joint Motion" (¶ 4, ECF No. 2607 at p. 3), due to the extended time provided in the briefing schedule, the court will not approve any future request to further extend the briefing schedule.

**IT IS SO ORDERED.**

DATED: February 27, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE