CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporate et al.,<br><br>    Defendants. | IN EQUITY C-125-B<br>Case No. 3:73-cv-00127-MMD-WGC<br><br>**ORDER GRANTING MOTION TO APPEAR, SUBSTITUTE AND WITHDRAW ATTORNEY OF RECORD and ORDER** |

Plaintiff UNITED STATES OF AMERICA seeks to substitute Assistant United States Attorney Holly A. Vance as the counsel for Plaintiff in the place and stead of Assistant United States Attorney Greg Addington.

Plaintiff respectfully requests the Clerk of the Court to please note the withdrawal of Assistant United States Attorney Greg Addington, who is retiring and will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

/ / /

/ / /

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 22nd day of December 2021.

        CHRISTOPHER CHIOU
        Assistant United States Attorney

        *s/ Holly A. Vance*
        HOLLY A. VANCE
        Assistant United States Attorney

IT IS SO ORDERED.

DATED this 27th day of December, 2021.

        *William G. Cobb*
        United States Magistrate Judge