Simeon M. Herskovits, Nevada State Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, NM 87529
Phone: (575) 758-7202
E-mail: simeon@communityandenvironment.net
E-mail: iris@communityandenvironment.net

T. Jaren Stanton, Nevada State Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: jstanton@mineralcountynv.org

Sean A. Rowe, Nevada State Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: srowe@mineralcountynv.org

*Attorneys for Mineral County, Nevada, and Walker Lake Working Group*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br><br> Defendants. | IN EQUITY NO. C-125-MMD <br> Case No.: 3:73-CV-00127-MMD-WGC <br><br> **STIPULATION FOR SUBSTITUTION OF RESIDENT COUNSEL FOR SERVICE OF PROCESS** |

Pursuant to LR IA 11-6(c), Counter Defendant Mineral County, Nevada, and Defendant Walker Lake Working Group hereby substitute T. Jaren Stanton, Nevada State Bar Number 15362, incoming Mineral County District Attorney, in place and stead of outgoing Mineral County District Attorney Sean Rowe, as the licensed Nevada attorney maintaining an office in Nevada registered to receive papers, process, and pleadings.

DATED: 1-18-22

Christine Hoferer, *Chairman*
Mineral County Board of Commissioners

DATED: 1-13-2022

Glenn Bunch, *President*
Walker Lake Working Group

I consent to the above substitution.

DATED: 17 Jan 2022

Sean Rowe
*Mineral County and Walker Lake Working Group Resident Counsel*

DATED: 1/18/22

/s/ Iris Thornton

Iris Thornton
*Mineral County and Walker Lake Working Group Counsel of Record*

I am duly admitted to practice in this district. Above substitution accepted.

DATED: 1-13-2022

T. Jaren Stanton
*Mineral County and Walker Lake Working Group Resident Counsel*

APPROVED

DATED: January 18, 2022

William G. Cobb

UNITED STATES MAGISTRATE JUDGE

Page **2** of 3

Respectfully submitted this 18th day of January, 2022.

*[signature]*

T. Jaren Stanton
Nevada State Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
Fax:    (775) 945-0700
E-mail: jstanton@mineralcountynv.org

/s/ Iris Thornton

Iris Thornton, *pro hac vice*
Simeon Herskovits, Nevada State Bar No. 11155
Advocates for Community and Environment
P.O. Box 1075
El Prado, NM 87529
Telephone: (575)758-7202
Facsimile: (575)758-7203
Email: simeon@communityandenvironment.net
Email: iris@communityandenvironment.net

*[signature]*

Sean A. Rowe
Nevada State Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
Fax:    (775) 945-0700
E-mail: srowe@mineralcountynv.org