GORDON H. DePAOLI, NSB #195
DALE E. FERGUSON, NSB #4986
DOMENICO R. DePAOLI, NSB #11553
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone:  775-688-3000
Email:  gdepaoli@woodburnandwedge.com
*Attorneys for Walker River Irrigation District*

AARON D. FORD
Attorney General
ANTHONY J. WALSH, NSB #14128
Senior Attorney General
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Telephone:  775-684-1223
Email:  AWalsh@ag.nv.gov
*Attorneys for Department of Wildlife*

(List of attorneys continued on next page)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>          Plaintiff-Intervenor,<br><br>               v.<br><br>WALKER RIVER IRRIGATION<br>DISTRICT, a corporation, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  3:73-cv-00127-MMD-CSD<br><br>**REPORT OF PRINCIPAL**<br>**DEFENDANTS CONCERNING**<br>**STATUS OF ACCESS TO**<br>**ARCHIVE/RECORDS OFFICES** |

1  RODERICK E. WALSTON
   *Pro hac vice* (Cal. Bar No. 32675)
2  MILES B.H. KRIEGER
   *Pro hac vice* (Cal. Bar No. 309797)
3  BEST BEST & KRIEGER LLP
4  2001 N. Main Street, Suite 390
   Walnut Creek, California 94596
5  Telephone:  925-977-3304
   Email:  roderick.walston@bbklaw.com
6  Email:  miles.krieger@bbklaw.com

7  JERRY M. SNYDER, NSB #6830
8  Law Office of Jerry M. Snyder
   429 W. Plumb Lane
9  Reno, Nevada 89509
   Telephone:  775-449-5647
10 Email:  Nevadajerrysnyder@gmail.com
11 *Attorneys for Lyon County and Centennial Livestock*

12 STACEY SIMON, County Counsel
   *Pro hac vice* (Cal. Bar No. 203987)
13 Mono County Counsel's Office
   P.O. Box 2415
14 Mammoth Lakes, California 93546
15 Telephone:  760-924-1700
   Email:  ssimon@mono.ca.gov
16 *Attorneys for Mono County*

17 BRAD M. JOHNSTON, NSB #8515
18 Simons Hall Johnston PC
   22 State Route 208
19 Yerington, Nevada 89447
   Telephone:  775-463-9500
20 Email:  bjohnston@shjnevada.com
   *Attorneys for Desert Pearl Farms, LLC, Peri Family Ranch, LLC,*
21 *Peri & Peri, LLC, and Frade Ranches, Inc.*

22 NHU Q. NGUYEN, NSB #7844
23 Office of the Attorney General of California
   1300 I Street, Suite 125
24 P.O. Box 944255
   Sacramento, California 94244-2550
25 Telephone:  916-210-7809
   Email:  Nhu.Nguyen@doj.ca.gov
26 *Attorneys for California State Agencies*

27

28
                                        ii

Pursuant to paragraph 3 of the Order Amending Order Regarding Discovery and Motion Schedule As Previously Amended (ECF 2676), the Walker River Irrigation District, Nevada Department of Wildlife, Lyon County, Centennial Livestock and Mono County, Desert Pearl Farms, LLC, Peri Family Ranch, LLC, Peri & Peri, LLC and Frade Ranches, Inc., and the California State Agencies (California State Water Resources Control Board, California Department of Fish and Wildlife, and California Department of Parks and Recreation) (herein, the "Principal Defendants"), report to the Court and the parties on the status, as of May 2, 2022, of the Archive/Records Offices as defined in said Order.

The National Archives website now states that "all research rooms are open by appointment and without limits on days and hours of operation. Check the specific facility page for hours and how to make an appointment."

As of May 2, 2022, the following information appears on the website for the listed facilities with respect to their research rooms:

1.      National Archives, Washington D.C. is open on a limited basis by appointment only and requires a virtual consultation prior to an onsite visit;

2.      National Archives, College Park, MD. is open on a limited basis by appointment only and requires a virtual consultation prior to an onsite visit;

3.      National Archives, San Bruno (San Francisco) is open on a limited basis by appointment only and requires a virtual consultation prior to visit;

4.      National Archives, Riverside is open on a limited basis by appointment only and requires a virtual consultation prior to visit; and

5.      National Archives, Seattle is open on a limited basis by appointment only and requires a virtual consultation prior to visit.

1

As of May 2, 2022, the Nevada State Archives continues to be open with limited hours from 10:00 AM to 2:00 PM on business days. As of May 2, 2022, the California State Archives are open with limited capacity; and the Water Resource Center Archives at the University of California is open to the public.

Date:  May 2, 2022                    WOODBURN AND WEDGE

                                      By:    / s / Gordon H. DePaoli
                                             Gordon H. DePaoli
                                             *Attorneys for Walker River Irrigation District*

Date:  May 2, 2022                    AARON D. FORD, NEVADA ATTORNEY GENERAL

                                      By:    / s / Anthony J. Walsh
                                             Anthony J. Walsh
                                             *Attorneys for Department of Wildlife*

Date:  May 2, 2022                    BEST BEST & KRIEGER LLP

                                      By:    / s / Roderick E. Walston
                                             Roderick E. Walston
                                             *Attorneys for Lyon County and Centennial Livestock*

Date:  May 2, 2022                    MONO COUNTY COUNSEL'S OFFICE

                                      By:    / s / Stacey Simon
                                             Stacey Simon
                                             *Attorney for Mono County*

Date:  May 2, 2022                    SIMONS HALL JOHNSTON PC

                                      By:    / s / Brad M. Johnston
                                             Brad M. Johnston
                                             *Attorneys for Desert Pearl Farms, LLC, Peri Family Ranch, LLC, Peri & Peri, LLC, and Frade Ranches, Inc.*

Date:  May 2, 2022                    OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA

                                      By:    / s / Nhu Q. Nguyen
                                             Nhu Q. Nguyen,
                                             *Attorneys for California State Agencies*

2

**CERTIFICATE OF SERVICE**

     I certify that I am an employee of Woodburn and Wedge and that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

                                      / s / Kathy Miyoshi
                                  An employee of Woodburn and Wedge

3