| | |
|---|---|
| **Wes Williams, Jr.** <br> Nevada Bar #6864 <br> Law Offices of Wes Williams, Jr., P.C. <br> 3119 Lake Pasture Rd. <br> P.O. Box 100 <br> Schurz, Nevada 89427 <br> Phone: 775-530-9789 <br> E-mail: wwilliamslaw@gmail.com <br><br> **Alice E. Walker** <br> **Gregg H. DeBie** <br> Meyer, Walker & Walker, P.C. <br> 1007 Pearl Street, Suite 220 <br> Boulder, Colorado 80302 <br> Phone: 303-442-2021 <br> Fax: 303-444-3490 <br> E-mail: awalker@mmwclaw.com <br>  gdebie@mmwclaw.com <br><br> **Attorneys for the Walker River Paiute Tribe** | **Todd Kim** <br> Assistant Attorney General <br> Environment & Natural Resources Division <br> United States Department of Justice <br><br> **Guss Guarino / Marisa J. Hazell** <br> Trial Attorneys, Indian Resources Section <br> 999 18th Street, South Terrace, Suite 370 <br> Denver, Colorado 80202 <br> Office: 303-844-1343 Fax: 303-844-1350 <br> E-mail: guss.guarino@usdoj.gov <br> and <br> P.O. Box 7611 <br> Washington, D.C. 20044 <br> Office: 202-307-2291 <br> Fax: 202-305-0275 <br> E-mail: marisa.hazell@usdoj.gov <br><br> **David L. Negri** <br> Trial Attorney, Natural Resources Section <br> c/o US Attorney's Office <br> 800 Park Blvd., Suite 600 <br> Boise, Idaho 83712 <br> Tel: (208) 334-1936; Fax: (208) 334-1414 <br> E-mail: david.negri@usdoj.gov <br><br> **Attorneys for the United States** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | IN EQUITY NO. C-127 |
| | ) | |
| Plaintiff, | ) | 3:73-cv-00127-MMD-CSD |
| | ) | |
| WALKER RIVER PAIUTE TRIBE | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STAY REGARDING |
| Plaintiff-Intervernor, | ) | DISCOVERY AND MOTION SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | | |
| | | |
| Defendants. | | |

1. On June 23, 2022, the Plaintiffs and Principal Defendants ("Parties") requested of the Court a 90-day stay of the Scheduling Order[1] and obligations outlined therein to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement. *Stipulation and [Proposed] Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2701) ("Stipulation").

2. On June 24, 2022 the Court granted the Parties request. *Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2702) ("Stay Order").

3. In the Stay Order, the Court directed the Parties as follows: "Within seven (7) days before the expiration of any stay granted, the Parties will inform the Court either that additional time is needed to achieve a settlement agreement or that settlement will not be possible. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order." Stay Order at 4.

4. Since June 24, 2022, the Parties have substantively and productively engaged in meetings, discussions, consultations, and correspondence to pursue an agreement between the Parties that would resolve the Tribe's outstanding water right claims. This activity was consistent with the extensive internal and external consultation previously contemplated by the Parties and the Court. *See* Stipulation at 3 ¶11.

5. Although the Parties have not yet reached a final agreement to resolve the Tribe's outstanding water right claims, the Parties have made substantial progress on a number of substantive issues. The Parties believe that additional meetings, discussions,

---

[1] *Order Regarding Discovery and Motion Schedule and Procedure* (ECF No. 2611).

consultations, and correspondence would be beneficial and productive to developing such an agreement between the Parties that would resolve the Tribe's outstanding water right claims.

6. Accordingly, the Parties believe that a second 90-day stay of the Scheduling Order is justified and would be beneficial and productive to developing an agreement between the Parties that would resolve the Tribe's outstanding water right claims.

NOW, THEREFORE, pursuant to the Stay Order, the Parties hereby stipulate and agree as follows:

1. The Scheduling Order and obligations outlined therein should be stayed for a second 90-day period to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement.

2. Within seven (7) days before the expiration of any stay granted, the Parties will inform the Court either that additional time is needed to achieve a settlement agreement or that settlement will not be possible. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order.

Dated: September 15, 2022

| | |
|---|---|
| WOODBURN AND WEDGE<br>By:   / s / Gordon H. DePaoli<br>      (per authorization)<br>Gordon H. DePaoli<br>Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | U.S. DEPARTMENT OF JUSTICE<br>By:   / s / Guss Guarino<br>Guss Guarino, Trial Attorney<br>Marisa J. Hazell, Trial Attorney<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202<br><br>David L. Negri<br>Trial Attorney, Natural Resources Section<br>c/o U.S. Attorney's Office<br>800 Park Boulevard, Suite 600<br>Boise, Idaho 83712<br>*Attorneys for United States of America* |
| LAW OFFICES OF WES WILLIAMS, JR., P.C.<br>By:   / s / Wes Williams, Jr.<br>      (per authorization)<br>Wes Williams, Jr., NSB 6864<br>3119 Lake Pasture Rd.<br>P.O. Box 100<br>Schurz, Nevada 89427 | BEST BEST & KRIEGER<br><br>By:   / s / Roderick E. Walston<br>      (per authorization)<br>Roderick E. Walston<br>2001 N. Main Street, Suite 390<br>Walnut Creek, California 94596<br>*Attorney for Centennial Livestock and Lyon County* |
| MEYER, WALKER & WALKER, P.C.<br><br>By:   / s / Alice E. Walker<br>      (per authorization)<br>Alice E. Walker<br>1007 Pearl Street, Suite 220<br>Boulder, Colorado 80302<br>*Attorneys for Walker River Paiute Tribe* | Jerry Snyder, NSB 6830<br>429 W. Plumb Lane<br>Reno, Nevada 89509<br>*Attorney for Lyon County* |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>By:   / s / Nhu Q. Nguyen<br>      (per authorization)<br>Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Agencies* | THE COUNTY OF MONO (CA)<br>By:   / s / Stacey Simon<br>      (per authorization)<br>Stacey Simon, County Counsel<br>Emily Fox, Dep. County Counsel<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |

| | |
|---|---|
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL | SIMONS HALL JOHNSTON PC<br>By:   / s / Brad M. Johnston<br>      (per authorization) |
| By:   / s / Anthony J. Walsh<br>      (per authorization)<br>Anthony J. Walsh, NSB 14128<br>Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches* |

**ORDER**

Dated: <u>September 16</u>, 2022.    IT IS SO ORDERED.

_____
United States Magistrate Judge

5