GORDON H. DePAOLI, NSB #195
DALE E. FERGUSON, NSB #4986
DOMENICO R. DePAOLI, NSB #11553
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone:  775-688-3000
Email:  gdepaoli@woodburnandwedge.com
*Attorneys for Walker River Irrigation District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | IN EQUITY NO. C-127 |
| | ) | |
| Plaintiff, | ) | 3:73-cv-00127-MMD-CSD |
| | ) | |
| WALKER RIVER PAIUTE TRIBE | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STAY REGARDING |
| Plaintiff-Intervernor, | ) | DISCOVERY AND MOTION SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| WALKER RIVER IRRIGATION DISTRICT, | | |
| a corporation, et al., | | |
| Defendants. | | |

1.     On June 23, 2022, the Plaintiffs and Principal Defendants ("Parties") requested a 90-day stay of the Scheduling Order[1] and obligations outlined therein to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement. *Stipulation and [Proposed] Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2701) ("Stipulation").

2.     On June 24, 2022 the Court granted the Parties request. *Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2702) ("Stay Order").

---

[1] *Order Regarding Discovery and Motion Schedule and Procedure*  (ECF No. 2611).

3. Based upon the progress made by the Parties during that first 90-day Stay, on September 15, 2022, the Parties requested a second 90-day Stay (ECF 2706)("Second Stay Order").

4. Based upon the progress made by the Parties during that second 90-day Stay, on December 15, 2022, the Parties requested a third 90-day Stay (ECF 2713; 2714)("Third Stay Order").

5. In the Third Stay Order, the Court directed the Parties as follows: "Within seven (7) days before the expiration of any stay granted the Parties will inform the Court either that additional time is needed to achieve a settlement agreement or that settlement will not be possible. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order." Third Stay Order at 3.

6. Since December 16, 2022, the Plaintiffs and Principal Defendants Walker River Irrigation District and Nevada Department of Wildlife (the "Negotiating Parties") have substantively and productively engaged in discussions, consultations and correspondence to pursue an agreement among the Parties that would resolve the Tribe's outstanding water right claims. This activity was consistent with the extensive internal and external consultation previously contemplated by the Parties and the Court. *See* Stipulation at 3 ¶11.

7. Although the Parties have been unable to yet achieve a final agreement, the Negotiating Parties have made substantial progress on such an Agreement which has included exchanges of and revisions to a written agreement.

8. The Negotiating Parties believe that additional meetings, discussions, consultations, and correspondence would be beneficial and productive to developing a final agreement that would resolve the Tribe's outstanding water right claims.

9. Accordingly, the Negotiating Parties believe that a fourth, 90-day stay of the Scheduling Order is justified and would be beneficial and productive to developing a final agreement that would resolve the Tribe's outstanding water right claims.

NOW, THEREFORE, pursuant to the Third Stay Order, the Parties hereby stipulate and agree as follows:

1. The Scheduling Order and obligations outlined therein should be stayed for a fourth 90-day period to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement.

2. Within seven (7) days before the expiration of any stay granted the Parties will inform the Court either that additional time is needed to achieve a settlement agreement or that settlement will not be possible. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order.

Dated: March 6, 2023.

WOODBURN AND WEDGE
By: __/ s / Gordon H. DePaoli__
    Gordon H. DePaoli
    Nevada Bar No. 195
6100 Neil Road, Suite 500
Reno, Nevada 89511
*Attorneys for Walker River Irrigation District*

LAW OFFICES OF WES WILLIAMS, JR., P.C.
By: __/ s / Wes Williams, Jr.__
    (per authorization)
    Wes Williams, Jr., NSB 6864
3119 Lake Pasture Rd.
P.O. Box 100
Schurz, Nevada 89427

MEYER, WALKER & WALKER, P.C.

By: __/ s / Alice E. Walker__
    (per authorization)
    Alice E. Walker
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for Walker River Paiute Tribe*

U.S. DEPARTMENT OF JUSTICE
By: __/ s / Guss Guarino__
    (per authorization)
    Guss Guarino, Trial Attorney
    Marisa J. Hazell, Trial Attorney
Environment and Natural Resources Div.
999 18th Street, Suite 370
Denver, Colorado 80202

David L. Negri
Trial Attorney, Natural Resources Section
c/o U.S. Attorney's Office
800 Park Boulevard, Suite 600
Boise, Idaho 83712
*Attorneys for United States of America*

BEST BEST & KRIEGER

By: __/ s / Roderick E. Walston__
    (per authorization)
    Roderick E. Walston
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
*Attorney for Centennial Livestock and Lyon County*

Jerry Snyder, NSB 6830
429 W. Plumb Lane
Reno, Nevada 89509
*Attorney for Lyon County*

3

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br><br>By:  / s / Nhu Q. Nguyen  <br>       (per authorization)<br>       Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Agencies* | THE COUNTY OF MONO (CA)<br>By:   / s / Stacey Simon  <br>       (per authorization)<br>       Stacey Simon, County Counsel<br>       Emily Fox, Dep. County Counsel<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL<br><br>By:  / s / Anthony J. Walsh  <br>       (per authorization)<br>       Anthony J. Walsh, NSB 14128<br>Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | SIMONS HALL JOHNSTON PC<br>By:   / s / Brad M. Johnston  <br>       (per authorization)<br>       Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches* |

**ORDER**

Dated: March 7, 2023.        IT IS SO ORDERED.

_____
United States Magistrate Judge

4