GORDON H. DePAOLI, NSB #195
DALE E. FERGUSON, NSB #4986
DOMENICO R. DePAOLI, NSB #11553
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone:  775-688-3000
Email:  gdepaoli@woodburnandwedge.com
*Attorneys for Walker River Irrigation District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | IN EQUITY NO. C-127 |
| | ) | |
| Plaintiff, | ) | 3:73-cv-00127-MMD-CSD |
| | ) | |
| WALKER RIVER PAIUTE TRIBE | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STAY REGARDING |
| Plaintiff-Intervernor, | ) | DISCOVERY AND MOTION SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| WALKER RIVER IRRIGATION DISTRICT, | | |
| a corporation, et al., | | |
| | | |
| Defendants. | | |

1.  On June 23, 2022, the Plaintiffs and Principal Defendants ("Parties") requested a 90-day stay of the Scheduling Order[1] and obligations outlined therein to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement. *Stipulation and [Proposed] Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2701) ("Stipulation").

2.  On June 24, 2022 the Court granted the Parties' request. *Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2702) ("Stay Order").

---

[1] *Order Regarding Discovery and Motion Schedule and Procedure* (ECF No. 2611).

1

3. Based upon the progress made by the Parties during that first 90-day Stay, on September 15, 2022, the Parties requested a second 90-day Stay (ECF 2706)("Second Stay Order").

4. Based upon the progress made by the Parties during that second 90-day Stay, on December 15, 2022, the Parties requested a third 90-day Stay (ECF 2713; 2714)("Third Stay Order").

5. Based upon the progress made by the Parties during the Third Stay Order, the Parties requested a fourth 90-day Stay (ECF 2718; 2719)("Fourth Stay Order").

6. Based upon the progress made by the Parties during the Fourth Stay Order on June 1, 2022, the Parties requested a fifth 90-day Stay (ECF 2725; 2726)("Fifth Stay Order").

7. In the request for the Fifth Stay Order, the Parties stated that "if at any time during the fifth 90-day stay period, one or more of the Final Approval Authorities of a Negotiating Party rejects the material provisions of the proposed Stipulation, that party or parties will inform the others and the Court of the rejection and that a settlement will not be possible. Alternatively, within seven (7) days before the expiration of any stay granted the Parties will inform the Court that additional time is needed to obtain required approvals. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order."

8. Since June 1, 2023, the Plaintiffs and Principal Defendants Walker River Irrigation District and Nevada Department of Wildlife (the "Negotiating Parties") have reached agreement on the terms and provisions of a Final Stipulation which they are in the process of presenting to those persons who have final approval authority over it (the "Final Approval Authorities"), but that process is not yet complete.

9. Accordingly, the Negotiating Parties believe that a sixth 90-day stay of the Scheduling Order is justified and would be beneficial and productive to obtaining approval of the proposed Stipulation by the Negotiating Parties' Final Approval Authorities.

10. Based upon the status of this matter and of the Archive/Records Offices, it is no longer necessary to report on their status which was required by Paragraph 3 of the Order Amending Order Regarding Discovery and Motion Schedule as Previously Amended (ECF 2676).

NOW, THEREFORE, pursuant to the Fifth Stay Order, the Parties hereby stipulate and agree as follows:

1. The Scheduling Order and obligations outlined therein should be stayed for a sixth 90-day stay period to give the Negotiating Parties the opportunity to obtain approval from their respective Final Approval Authorities of the proposed Stipulation to resolve the Tribe's outstanding water right claims.

2. If at any time during the sixth 90-day stay period, one or more of the Final Approval Authorities of a Negotiating Party rejects the material provisions of the proposed Stipulation, that party or parties will inform the others and the Court of the rejection and that a settlement will not be possible. Alternatively, within seven (7) days before the expiration of any stay granted the Parties will inform the Court that additional time is needed to obtain required approvals. In either case, the Parties will seek additional relief from the Court accordingly as needed and as contemplated by paragraphs 14 and 16 of the Scheduling Order.

3. The Principal Defendants are no longer required to report to the Plaintiffs' counsel and to the Court on the first judicial day of each month concerning the status of access to each of the Archive/Records Offices as has been required by paragraph 3 of the Stipulation and Order Amending Order Regarding Discovery and Motion Schedule as Previously Amended (ECF 2676).

Dated: August 23, 2023.

| | |
|---|---|
| WOODBURN AND WEDGE<br>By:    / s / Gordon H. DePaoli<br>   Gordon H. DePaoli<br>   Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | U.S. DEPARTMENT OF JUSTICE<br>By:    / s / Guss Guarino<br>      (per authorization)<br>   Guss Guarino, Trial Attorney<br>   Marisa J. Hazell, Trial Attorney<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202 |

LAW OFFICES OF WES WILLIAMS, JR., P.C.
By:    / s / Wes Williams, Jr.
       (per authorization)
       Wes Williams, Jr., NSB 6864
3119 Lake Pasture Rd.
P.O. Box 100
Schurz, Nevada 89427

MEYER, WALKER & WALKER, P.C.

By:    / s / Alice E. Walker
       (per authorization)
       Alice E. Walker
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for Walker River Paiute Tribe*


OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
By:    / s / Nhu Q. Nguyen
       (per authorization)
       Nhu Q. Nguyen, NSB 7844
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
*Attorneys for California State Agencies*


STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL

By:    / s / Anthony J. Walsh
       (per authorization)
       Anthony J. Walsh, NSB 14128
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
*Attorneys for Nevada Department of Wildlife*

David L. Negri
Trial Attorney, Natural Resources Section
c/o U.S. Attorney's Office
800 Park Boulevard, Suite 600
Boise, Idaho 83712
Attorneys for United States of America


BEST BEST & KRIEGER

By:    / s / Roderick E. Walston
       (per authorization)
       Roderick E. Walston
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Attorney for Centennial Livestock and Lyon County


Jerry Snyder, NSB 6830
429 W. Plumb Lane
Reno, Nevada 89509
Attorney for Lyon County


THE COUNTY OF MONO (CA)
By:    / s / Stacey Simon
       (per authorization)
       Stacey Simon, County Counsel
       Emily Fox, Dep. County Counsel
P.O. Box 2415A
Mammoth Lakes, California 93546-2415
Attorneys for Mono County


SIMONS HALL JOHNSTON PC
By:    / s / Brad M. Johnston
       (per authorization)
       Brad M. Johnston, NSB 8515
22 State Route 208
Yerington, Nevada 89447
Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches

**ORDER**

Dated: August 23, 2023.    IT IS SO ORDERED.

_____

United States Magistrate Judge

5