GORDON H. DePAOLI, NSB #195
DALE E. FERGUSON, NSB #4986
DOMENICO R. DePAOLI, NSB #11553
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone:  775-688-3000
Email:  gdepaoli@woodburnandwedge.com
*Attorneys for Walker River Irrigation District*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) IN EQUITY NO. C-127 |
| Plaintiff, | ) 3:73-cv-00127-MMD-CSD |
| WALKER RIVER PAIUTE TRIBE, | ) |
| Plaintiff-Intervenor, | ) **STIPULATION,** |
| | ) **JOINT REQUEST AND** |
| v. | )  **ORDER FOR A** |
| | ) **SCHEDULING CONFERENCE** |
| WALKER RIVER IRRIGATION DISTRICT, | ) **AND STAY OF LITIGATION** |
| a corporation, et al., | ) |
| Defendants. | ) |

1.On June 23, 2022, the Plaintiffs and Principal Defendants (collectively, the "Parties") requested a 90-day stay of the Scheduling Order[1] and obligations outlined therein to give the Parties the opportunity to resolve the Tribe's outstanding water right claims by agreement. *Stipulation and [Proposed] Order Staying the Order Regarding Discovery and Motion Schedule* (ECF No. 2701).

2.On June 24, 2022 the Court granted the Parties' request. *Order Staying the Order*

---

[1] *Order Regarding Discovery and Motion Schedule and Procedure*  (ECF No. 2611).

1

*Regarding Discovery and Motion Schedule* (ECF No. 2702) ("Stay Order").

3. Since granting that first Stay Order, the Plaintiffs and Principal Defendants Walker River Irrigation District and Nevada Department of Wildlife (the "Negotiating Parties") have sought, and the Court has granted, additional 90-day stay orders, including an Eighth Stay Order. See, ECF 2707; 2714; 2719; 2726; 2730; 2732; and 2734.

4. Since the Eighth Stay Order, the Negotiating Parties have continued work to secure all approvals from the Negotiating Parties of the terms and provisions of an anticipated final stipulation that would resolve the water rights claims made by the Tribe.

5. The Negotiating Parties can now inform the Court that sufficient final approval has been secured to advance the anticipated Final Stipulation for approval by the Court.

6. Since final approval has been secured, the Negotiating Parties have further discussed when and how to present the Final Stipulation for the Court's consideration and approval. The Negotiating Parties believe that such presentation can be accomplished through a motion and proposed order, followed by responses and replies. The Negotiating Parties also recognize that litigation of water rights claims made by and on behalf of the Tribe has, over decades, included unique litigation procedures.

7. Accordingly, the Negotiating Parties believe that a scheduling conference with the Court would be useful to both the Court and the Parties. The Negotiating Parties would like the opportunity to discuss the following potential issues with the Court: 1) timing and deadlines for any motions, responses, and replies; 2) how service of any motions, responses, and replies should be accomplished beyond using the Court's CM/ECF system; and 3) any other questions or concerns that the Court might have about the Final Stipulation and any associated process.

NOW, THEREFORE, the Negotiating Parties hereby request:

1. That given the anticipated Final Stipulation has now received sufficient approval from the Negotiating Parties, the Court further stay the litigation schedule indefinitely so that they may present, and obtain the Court's approval of, the Final Stipulation regarding water rights claims made by and on behalf of the Tribe.

2. That the Court schedule a Scheduling Conference in the near future at a date and time convenient for the Court and the Parties to address the Court on the items identified in paragraph 7, above.

Dated: May 8, 2024.

| | |
|---|---|
| WOODBURN AND WEDGE<br>By:   / s / Gordon H. DePaoli<br>      Gordon H. DePaoli<br>      Nevada Bar No. 195<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>*Attorneys for Walker River Irrigation District* | U.S. DEPARTMENT OF JUSTICE<br>By:   / s / Guss Guarino<br>      (per authorization)<br>      Guss Guarino/Marisa J. Hazell<br>Trial Attorneys, Indian Resources Section<br>Environment and Natural Resources Div.<br>999 18th Street, Suite 370<br>Denver, Colorado 80202 |
| LAW OFFICES OF WES WILLIAMS, JR., P.C.<br>By:   / s / Wes Williams, Jr.<br>      (per authorization)<br>      Wes Williams, Jr., NSB 6864<br>3119 Lake Pasture Rd.<br>P.O. Box 100<br>Schurz, Nevada 89427 | Alexa Penalosa<br>Trial Attorney, Natural Resources Section<br>Environment and Natural Resources Div.<br>P.O. Box 7611<br>Washington D.C. 20044-7611<br>*Attorneys for United States of America* |
| MEYER, WALKER & WALKER, P.C.<br>By:   / s / Alice E. Walker<br>      (per authorization)<br>      Alice E. Walker<br>1007 Pearl Street, Suite 220<br>Boulder, Colorado 80302<br>*Attorneys for Walker River Paiute Tribe* | BEST BEST & KRIEGER<br>By:   / s / Roderick E. Walston<br>      (per authorization)<br>      Roderick E. Walston<br>2001 N. Main Street, Suite 390<br>Walnut Creek, California 94596<br>*Attorney for Centennial Livestock and Lyon County* |
| OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA<br>By:   / s / Nhu Q. Nguyen<br>      (per authorization)<br>      Nhu Q. Nguyen, NSB 7844<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, California 94244-2550<br>*Attorneys for California State Agencies* | Jerry Snyder, NSB 6830<br>429 W. Plumb Lane<br>Reno, Nevada 89509<br>*Attorney for Lyon County*<br><br>THE COUNTY OF MONO (CA)<br>By:   / s / Stacey Simon<br>      (per authorization)<br>      Stacey Simon, County Counsel<br>      Emily Fox, Dep. County Counsel<br>P.O. Box 2415A<br>Mammoth Lakes, California 93546-2415<br>*Attorneys for Mono County* |
| STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL | |

| | |
|---|---|
| By:   / s / Anthony J. Walsh<br>    (per authorization)<br>    Anthony J. Walsh, NSB 14128<br>Deputy Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>*Attorneys for Nevada Department of Wildlife* | SIMONS HALL JOHNSTON PC<br>By:   / s / Brad M. Johnston<br>    (per authorization)<br>    Brad M. Johnston, NSB 8515<br>22 State Route 208<br>Yerington, Nevada 89447<br>*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches* |

**ORDER**

Dated: May 9, 2024.                          IT IS SO ORDERED.

_____
United States Magistrate Judge

4