# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　Plaintiff -Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>　　Defendants. | Case No.: 3:73-cv-00127-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 2776 |

　　Before the court is the Motion for Substitution of Parties requesting removal of Defendant Twyla Lindsey and substituting Ruth Brown in her place. (ECF No. 2776.) To date, no response has been filed.

　　**IT IS HEREBY ORDERED** that the Moton for Substitution of Parties (ECF No. 2776) is **GRANTED**.  The Clerk of Court shall remove Defendant Twyla Lindsey from the court's docket and substitute Ruth Brown, 85 Luzier Lane, Yerington, Nevada 89447, email: rbrown7048@gmail.com.

　　Dated: April 2, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge