Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, NM 87514
Phone: (505) 504-2610
E-mail: iris@communityandenvironment.net

Kenneth Tedford, Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
Email: ktedford@mineralcountynv.org

T. Jaren Stanton, Nevada State Bar No. 15362
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada, and Walker Lake Working Group*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>           Plaintiff-Intervenor,<br><br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>           Defendants. | IN EQUITY NO. C-125-MMD<br><br>Case No.: 3:73-CV-00127-MMD-CSD<br><br>**STIPULATION FOR SUBSTITUTION OF RESIDENT LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Mineral County, Nevada, and Walker Lake Working Group hereby substitute incoming Mineral County District Attorney, Kenneth Tedford, Nevada State Bar Number 14629, in place and stead of outgoing Mineral County District Attorney T. Jaren Stanton, Nevada State Bar Number 15362, and deceased attorney Simeon Herskovits, Nevada Bar No. 11155, *see* ECF 2781, as resident local counsel for Iris Thornton.

///
///
///
///

Page 1 of 3

1  | DATED: _____6.11.25_____

2  |                                    Tony Ruse, Chairperson
                                        *Mineral County Board of Commissioners*

3  |

4  | DATED: _6/11/2025_

5  |                                    Glenn Bunch, *President*
                                        *Walker Lake Working Group*

6  | I consent to the above substitution.

7  |

8  | DATED: _6/11/2025_

9  |                                    F. Jaren Stanton
                                        *Mineral County and Walker Lake Working Group*
10 |                                    *Resident Local Counsel*

11 |

12 | DATED: _6/12/25_

13 |                                    Iris Thornton
                                        *Mineral County and Walker Lake Working Group*
14 |                                    *Counsel of Record*

15 |

16 | I am duly admitted to practice in this district.  Above substitution accepted.

17 |

18 | DATED: _6/11/2025_

19 |                                    Kenneth Tedford
                                        *Mineral County and Walker Lake Working Group*
20 |                                    *Resident Local Counsel*

21 |

22 |                                    APPROVED

23 | DATED: _June 12, 2025_

24 |
25 |                                    Craig S. Denney
                                        United States Magistrate Judge

26 |

27 |

28 |                                    Page **2** of 3

1 | Respectfully submitted this __12th__ day of __June____, 2025.

2

3

Kenneth Tedford

4 | Nevada State Bar No. 14629
Mineral County District Attorney

5 | P.O. Box 1210
Hawthorne, NV 89415

6 | Phone:   (775) 945-3636
Fax:      (775) 945-0700

7 | E-mail:  ktedford@mineralcountynv.org

8

9

Iris Thornton, *pro hac vice*

10 | Advocacy for Community and Environment
P.O. Box 120

11 | Arroyo Seco, NM 87514
Telephone: (505) 504-2610

12 | Email: iris@communityandenvironment.net

13

14

15 | T. Jaren Stanton, Nevada State Bar No. 15362
P.O. Box 1210

16 | Hawthorne, NV 89415
Phone:   (775) 945-3636

17 | Fax:      (775) 945-0700
E-mail: jstanton@mineralcountynv.org

18

19

20

21

22

23

24

25

26

27

28