Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, New Mexico 87514
Phone: (505) 504-2610
Email: iris@communityandenvironment.net
*Attorney for Mineral County, Nevada, and*
*Walker Lake Working Group*

Kevin Cassidy, *pro hac vice*
Earthrise Law Center
P.O. Box 445
Norwell, Massachusetts 02061
Phone: (781) 659-1696
Email: cassidy@lclark.edu
*Attorney for Mineral County, Nevada*

Ryan McCormick, Nevada State Bar No. 15434
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: rmccormick@mineralcountynv.org
*Resident Local Counsel for Mineral County, Nevada,*
*and Walker Lake Working Group*

James N. Saul, *pro hac vice*
Wild & Scenic Law Center
3519 NE 15th Ave. #207
Portland, Oregon 97212
Phone: (503) 342-2839
Email: jamie@wildandsceniclaw.org
*Attorney for Mineral County, Nevada, and*
*Walker Lake Working Group*

Kenneth Tedford, Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Email: ktedford@mineralcountynv.org
*Resident Local Counsel for Mineral County, Nevada,*
*and Walker Lake Working Group*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | IN EQUITY NO. C-125-MMD<br><br>Case No. 3:73-cv-0127-MMD-CSD<br><br>**STIPULATION FOR SUBSTITUTION OF RESIDENT LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Mineral County, Nevada, and Walker Lake Working Group

hereby substitute incoming Mineral County District Attorney, Ryan McCormick, Nevada State

Bar Number 15434, in place and stead of outgoing Mineral County District Attorney Kenneth Tedford, Nevada State Bar Number 14629, as resident local counsel for Iris Thornton, James Saul, and Kevin Cassidy.

DATED: _____1·7·26_____

Tony Ruse, Chairperson
*Mineral County Board of Commissioners*

DATED: _____1-12-26_____

Glenn Bunch, *President*
*Walker Lake Working Group*

I consent to the above substitution.

DATED: _____1/7/2026_____

Kenneth Tedford
*Mineral County and Walker Lake Working Group*
*Resident Local Counsel*

DATED: _____1/13/2026_____     /s Iris Thornton

Iris Thornton
*Mineral County and Walker Lake Working Group*
*Counsel of Record*

DATED: _____1/13/2026_____     /s James Saul

James Saul
*Mineral County and Walker Lake Working Group*
*Counsel of Record*

DATED: _____1/13/2026_____     /s Kevin Cassidy

Kevin Cassidy
*Mineral County Counsel of Record*

I am duly admitted to practice in this district. Above substitution accepted.

DATED: _____1/12/26_____

Ryan McCormick
*Mineral County and Walker Lake Working Group*
*Resident Local Counsel*

APPROVED

DATED: _____January 13, 2026_____

Craig S. Denney
United States Magistrate Judge

Page **2** of 3

Respectfully submitted this 13th day of January , 2026.

Ryan McCormick, Nevada State Bar No. 15434
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: rmccormick@mineralcountynv.org

/s Iris Thornton

Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, NM 87514
Telephone: (505) 504-2610
Email: iris@communityandenvironment.net

/s James Saul

James N. Saul, *pro hac vice*
Wild & Scenic Law Center
3519 NE 15th Ave. #207
Portland, Oregon 97212
Phone: (503) 342-2839
Email: jamie@wildandsceniclaw.org

/s Kevin Cassidy

Kevin Cassidy, *pro hac vice*
Earthrise Law Center
P.O. Box 445
Norwell, Massachusetts 02061
Phone: (781) 659-1696
Email: cassidy@lclark.edu

Kenneth Tedford, Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Email: ktedford@mineralcountynv.org