SCHROEDER LAW OFFICES, P.C.
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>THE WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceedings: C-125-B<br>3:73-CV-00127-MMD-CSD<br><br>ORDER GRANTING<br>**MOTION FOR WITHDRAWAL AS COUNSEL (DONALD GIORGI)** |

## **MOTION**

PLEASE TAKE NOTICE that Donald Giorgi, by and through its attorneys Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, of Schroeder Law Offices, P.C., hereby moves this court for an order of withdrawal of counsel for Donald Giorgi in the above-captioned matter.[1] This motion is made and based upon the Memorandum of Points and Authorities submitted herein and the Affidavit of Therese A. Ure Stix filed concurrently herewith.

/ / /

---

[1] The following parties continue to be represented by Schroeder Law Offices, P.C. as the "Schroeder Group:" Fenili Family Trust c/o Peter Fenili and Veronica Fenili, Trustees; Six-N Ranch, Inc. c/o Richard & Cynthia Nuti, Michael & Nancy Nuti, Ralph E. & Mary E. Nuti, Ralph C. and Mary R. Nuti, and Larry & Leslie Nuti; John and Lura Weaver Family Trust c/o Lura Weaver, Trustee; and Smith Valley Garage, Inc. c/o Dan Smith and Shawna Smith.

PAGE 1 – MOTION FOR WITHDRAWAL AS COUNSEL (DONALD GIORGI)



10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800   FAX (877) 600-4971

### <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Donald Giorgi brings forth this Motion as he wishes to proceed as an "unrepresented party" in this case. This motion is brought pursuant to LR IA 11-6, and is supported by the Affidavit of Therese A. Ure Stix filed in conjunction herewith.

Local Rule IA 11-6(b) provides, in part, that attorneys may not withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. Schroeder Law Offices has corresponded with Donald Giorgi as to this withdrawal and will provide a copy of this motion to Donald Giorgi. Further, all other counsel and parties in this case will receive notice of this Motion as described in the certificate of service attached hereto.

Local Rule IA 11-6(e) further states "no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." No delay of any kind will result from Schroeder Law Offices' withdrawal, as Donald Giorgi will continue to participate as an "Unrepresented Party" as defined in this Court's March 8, 2019 *Order Discontinuing Service by Postcard Notice* (ECF No. 2439).

Donald Giorgi has provided the following contact information to continue as an unrepresented party and thereby respectfully requests addition to the electronic service list to receive service of documents at the following address: <u>lyndiegiorgi@hotmail.com.</u>

> Donald Giorgi
> 34 B Mackenzie Lane
> Yerington, NV 89447
> Email: <u>lyndiegiorgi@hotmail.com</u>

/ / /

/ / /

/ / /

/ / /

/ / /

**PAGE 2 – MOTION FOR WITHDRAWAL AS COUNSEL (DONALD GIORGI)**



SCHROEDER
LAW OFFICES, P.C.

10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800   FAX (877) 600-4971

## CONCLUSION

For the reasons set forth above, Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, attorneys of record by and through Schroeder Law Offices, P.C., hereby request an order from the Court to withdraw as counsel.

DATED this 22nd day of January, 2026.

SCHROEDER LAW OFFICES, P.C.

/s/ *Therese A. Ure Stix*
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IT IS SO ORDERED.

DATED: January 22, 2026

Craig S. Denney
United States Magistrate Judge

PAGE 3 – MOTION FOR WITHDRAWAL AS COUNSEL (DONALD GIORGI)



SCHROEDER LAW OFFICES, P.C.

10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800   FAX (877) 600-4971