SCHROEDER LAW OFFICES, P.C.
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>THE WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceedings: C-125-B<br>3:73-CV-00127-MMD-WGC<br><br>**ORDER APPROVING MOTION FOR WITHDRAWAL AS COUNSEL** |

**MOTION**

PLEASE TAKE NOTICE that Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti, by and through their attorneys Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, of Schroeder Law Offices, P.C., hereby move this court for an order to withdrawal as counsel for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti in the

above-captioned matter.[1] This motion is made and based upon the Memorandum of Points and Authorities submitted herein and Affidavit of Caitlin R. Skulan filed concurrently as Exhibit 1.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti bring forth this Motion as they all wish to proceed as unrepresented parties in this case. This motion is brought pursuant to LR IA 11-6, and is supported by the Affidavit of Caitlin R. Skulan filed in conjunction herewith as Exhibit 1.

Local Rule IA 11-6(b) provides, in part, that attorneys may not withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. Schroeder Law Offices has corresponded with Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti as to this withdrawal, and will provide a copy of this motion to Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti. Further, all other counsel and parties in this case will receive notice of this Motion as described in the certificate of service attached hereto.

Local Rule IA 11-6(e) further states "no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." No delay of any kind will result from Schroeder Law Offices' withdrawal, as Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti will all continue to

[1] The following parties continue to be represented by Schroeder Law Offices, P.C. as the "Schroeder Group:" Fenili Family Trust c/o Peter Fenili and Veronica Fenili, Trustees; and Smith Valley Garage, Inc. c/o Dan and Shawna Smith.



SCHROEDER LAW OFFICES, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800 FAX (877) 600-4971

participate as unrepresented parties as defined in this Court's March 8, 2019 *Order Discontinuing Service by Postcard Notice* (ECF No. 2439).

Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti have provided the following contact information to continue as an unrepresented parties and thereby respectfully request addition to the electronic service list to receive service of documents at the following addresses:

Six-N Ranch, Inc.
Richard and Cynthia Nuti
P.O. Box 49
Smith, NV 89430
Email: *six-n-ranch@outlook.com*

John and Lura Weaver Family Trust
Lura Weaver, Trustee
59 Rowntree Lane
Smith, NV 89430
Email: *nevadalu@yahoo.com*

Michael and Nancy Nuti
P.O. Box 80
Wellington, NV 89444
Email: *nutimichael@gmail.com*

Ralph C. and Mary R. Nuti
98 State Route 338
Smith, NV 89430
Email: *farm.assist@live.com*

Ralph E. and Mary E. Nuti
P.O. Box 49
Smith, NV 89430
Email: *maryen3434@outlook.com*

Larry and Leslie Nuti
73 Albright Lane
Smith, NV 89430
Email: *leslienuti@aol.com*

/ / /

## CONCLUSION

For the reasons set forth above, Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, attorneys of record by and through Schroeder Law Offices, P.C., hereby request an order from the Court to withdraw as counsel for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti.

DATED this 30th day of June, 2026.

SCHROEDER LAW OFFICES, P.C.

/s/ *Caitlin R. Skulan*
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IT IS SO ORDERED.

DATED: August 5, 2026

Craig S. Denney
United States Magistrate Judge



SCHROEDER LAW OFFICES, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800 FAX (877) 600-4971

## CERTIFICATE OF SERVICE

I certify that on June 30th, 2026 I caused a copy of the foregoing ***MOTION FOR WITHDRAWAL AS COUNSEL (SIX-N RANCH, INC. C/O RICHARD AND CYNTHIA NUTI; JOHN AND LURA WEAVER FAMILY TRUST C/O LURA WEAVER; MICHAEL AND NANCY NUTI; RALPH C. AND MARY R. NUTI; RALPH E. AND MARY E. NUTI; AND LARRY AND LESLIE NUTI)*** to be served automatically on all Represented Parties through the District Court of Nevada's CM/ECF system and automatically served by the Court on all unrepresented parties who consent to receive service by email.

Dated this 30th day of June, 2026.

SCHROEDER LAW OFFICES, P.C.

/s/ *Caitlin R. Skulan*

Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

**Index of Exhibits**

***Motion for Withdrawal as Counsel (for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti)***

| Exhibit #: | Description: | Pages: |
|---|---|---|
| 1 | Affidavit of Caitlin R. Skulan in Support of Motion for Withdrawal as Counsel | 4 |



SCHROEDER LAW OFFICES, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800 FAX (877) 600-4971

# EXHIBIT 1

*Affidavit of Caitlin R. Skulan in Support of Motion for Withdrawal as Counsel*

EXHIBIT 1

SCHROEDER LAW OFFICES, P.C.
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>THE WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceedings: C-125-B<br>3:73-CV-00127-MMD-WGC<br><br>**AFFIDAVIT OF CAITLIN R. SKULAN IN SUPPORT OF MOTION FOR WITHDRAWAL AS COUNSEL** |

STATE OF NEVADA )
) SS
County of Washoe )

I, Caitlin R. Skulan, being duly sworn, depose and say:

1. I am an attorney at Schroeder Law Offices, P.C. and one of the attorneys of record for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti, in the above-entitled matter.
2. I have personal knowledge of the facts set forth herein, am over the age of 18 years old, and am otherwise competent to make this affidavit.

3. I make this affidavit in support of my Motion for Withdrawal as Counsel on behalf of Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti.
4. In 2026, Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti conveyed to our office that they no longer wish to participate in the litigation through counsel.
5. By letter dated March 6, 2026 to Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti, we confirmed the intention to withdraw from representation in the above-entitled matter. We received no objection to the correspondence.
6. On March 11, 2026 we received consent and confirmation from Six-N Ranch, Inc. c/o Richard and Cynthia Nuti that they will proceed as an "Unrepresented Party" with an email address for service to: six-n-ranch@outlook.com
7. On April 3, 2026 we received consent and confirmation from John and Lura Weaver Family Trust c/o Lura Weaver that they will proceed as an "Unrepresented Party" with an email address for service to: nevadalu@yahoo.com
8. On March 16, 2026 we received consent and confirmation from Michael and Nancy Nuti that they will proceed as an "Unrepresented Party" with an email address for service to: nutimichael@gmail.com
9. On March 25, 2026 we received consent and confirmation from Ralph C. and Mary R. Nuti that they will proceed as an "Unrepresented Party" with an email address for service to: farm.assist@live.com



SCHROEDER LAW OFFICES, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800 FAX (877) 600-4971

10. On March 11, 2026 we received consent and confirmation from Ralph E. and Mary E. Nuti that they will proceed as an "Unrepresented Party" with an email address for service to: maryen34@outlook.com
11. On March 13, 2026 we received consent and confirmation from Larry and Leslie Nuti that they will proceed as an "Unrepresented Party" with an email address for service to: leslienuti@aol.com
12. Pursuant to Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; and Larry and Leslie Nuti confirmation, we are proceeding to resign from our representation in this case for these persons or entities.
13. This resignation will not affect the representation of other interested persons in this case whom Schroeder Law Offices has appeared on behalf of.

I am making this affidavit in support of my request that the Court enter an Order on the Motion to Withdraw as Counsel.

DATED this 30th day of June, 2026.

[signature]
Caitlin R. Skulan

SUBSCRIBED AND SWORN to before me this 30th day of June, 2026, by Caitlin R. Skulan.

MARICRUZ MEDINA-OTERO
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 23-8333-02
My Appt. Expires Sept. 13, 2027

[signature]
Notary Public for Nevada
My Commission expires: Sept. 13, 2027



SCHROEDER LAW OFFICES, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800 FAX (877) 600-4971

## CERTIFICATE OF SERVICE

I certify that on June 30th, 2026 I caused a copy of the foregoing ***AFFIDAVIT OF CAITLIN R. SKULAN IN SUPPORT OF MOTION FOR WITHDRAWAL AS COUNSEL*** to be served automatically on all Represented Parties through the District Court of Nevada's CM/ ECF system and automatically served by the Court on all unrepresented parties who consent to receive service by email.

Dated this 30th day of June, 2026.

SCHROEDER LAW OFFICES, P.C.

/s/ *Caitlin R. Skulan*

Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*